| | | |
|---|---|---|
| | | *MOTION TO APPROVE DISMISSAL OF AVOIDANCE ACTION AGAINST ISLAND DATA CORPORATION AND RIVERSIDE CONTRACTING, LLC* (RE: related document(s)2196 Motion *OFFICIAL COMMITTEE OF UNSECURED CREDITORS' MOTION TO APPROVE DISMISSAL OF AVOIDANCE ACTION AGAINST ISLAND DATA CORPORATION AND RIVERSIDE CONTRACTING, LLC* Filed by Creditor Committee Official Committee of Unsecured Creditor (Attachments: # 1 Memorandum of Points and Authorities # (2) Declaration of Marcus Smith in Support of Motion) (Arnold, Todd)). Filed by Creditor Committee Official Committee of Unsecured Creditor (Attachments: # 1 Certificate of Service) (Arnold, Todd)ERROR: INCORRECT EVENT SELECTED (THE CORRECT EVENT IS NOTICE OF OPPORTUNITY FOR HEARING) - FOR INFORMATIONAL PURPOSES ONLY, NO ACTION TO BE TAKEN AT THIS TIME. Modified on 3/13/2007 (jd, ). (Entered: 03/12/2007) |
| 03/12/2007 | 2198 | Response to *Limited Response of Via Technologies to Pending Motions to Convert, Appoint Chapter 11 Trustee and/or Disqualify Debtor's Counsel* (RE: related document(s)2173 Motion to Convert Case to Chapter 7, 2163 Motion Miscellaneous Relief, 2168 Motion to Appoint Trustee). Filed by Creditor Via Technologies, Inc. (Attachments: # 1 Certificate of Service) (Kevane, Henry) (Entered: 03/12/2007) |
| 03/12/2007 | 2199 | Reply to *Responses of the Creditors' Committee and Noteholders to Motion to Convert to Chapter 7* (RE: related document(s)2198 Response, ). Filed by Creditor SonicBlue Claims LLC (Attachments: # 1 Declaration of John Shaffer in Support of SonicBlue Claims, LLC's Reply to Responses of the Creditors' Committee and Noteholders to Motion to Convert to Chapter 7) (McGrane, William) (Entered: 03/12/2007) |
| 03/12/2007 | 2200 | Reply to (RE: related document(s)2182 Opposition Brief/Memorandum,,,,,,, ). Filed by U.S. Trustee Office of the U.S. Trustee / SJ (Attachments: # 1 Declaration of Brian M. Martinson in Support of Reply by U. S. Trustee to Opposition of Pillsbury Winthrop Shaw Pittman LLP to UST's Motion to Disqualify Pillsbury, Vacate Employment Order, and Require Disgorgement of Attorney's Fees# 2 Exhibit A) (Dumas, Nanette) (Entered: 03/12/2007) |
| 03/12/2007 | 2201 | Certificate of Service *Reply by U. S. Trustee to Opposition of PWSP LLP to UST's Motion to Disqualify Pillsbury, Vacate Employment Order, and Require Disgorgement of Attorney's Fees* (RE: related document(s)2200 Reply, ). (Attachments: # 1 Notice of Electronic Filing) (Dumas, Nanette) (Entered: 03/12/2007) |
| 03/12/2007 | 2202 | Response to *Sonicblue Claims LLC's Reply to Opposition to the U.S. Trustee's Motion to Disqualify Pillsbury* (RE: related document(s)2190 Reply, ). Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and |

| | | |
|---|---|---|
| | | Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua) (Entered: 03/12/2007) |
| 03/13/2007 | 2203 | Certificate of Service (RE: related document(s)2202 Response, ). (Mester, Joshua) (Entered: 03/13/2007) |
| 03/13/2007 | 2204 | Joinder *to United States Trustee's Motion for Appointment of Chapter 11 Trustee* (RE: related document(s)2168 Motion to Appoint Trustee). Filed by Creditor Maxtor Corp. (Costello, Patrick) (Entered: 03/13/2007) |
| 03/13/2007 | 2205 | Certificate of Service *by Mail* (RE: related document(s)2204 Joinder). (Costello, Patrick) (Entered: 03/13/2007) |
| 03/13/2007 | 2206 | Notice Regarding *Association of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, as Counsel for Pillsbury Winthrop Shaw Pittman LLP* Filed by Attorney Pillsbury Winthrop Shaw Pittman LLP (Attachments: # 1 Certificate of Service) (Lafferty, William) (Entered: 03/13/2007) |
| 03/14/2007 | 2207 | Joint Notice of Transfer of Claim (#) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 1 Transferor: Argo Partners To SonicBlue Claims LLC. Filed by Debtor SONICblue Inc.. (Gold, Matthew) (Entered: 03/14/2007) |
| 03/14/2007 | 2208 | Notice of Change of Address / *Notice of Change of Firm Name and Address* Filed by Creditors Monster Cable Productions, Inc., Monster Cable Products, Inc. (Eisenbach, Robert) (Entered: 03/14/2007) |
| 03/14/2007 | 2209 | BNC Certificate of Mailing - Notice of Transfer of Claim. (RE: related document(s)2194 Notice of Alleged Transfer of Claim). Service Date 03/14/2007. (Admin.) (Entered: 03/14/2007) |
| 03/15/2007 | 2210 | Assignment of Claim #11787 To Hain Capital Holdings, LLC From Cross Harbor Capital Partners LLC. Filed by Creditor Hain Capital Group, LLC. (Liberchuk, Ganna) (Entered: 03/15/2007) |
| 03/15/2007 | 2212 | Operating Report for Filing Period Feb. 2007 Filed by Debtor SONICblue Inc. (jd, ) (Entered: 03/16/2007) |
| 03/16/2007 | 2211 | Notice of Alleged Transfer of Claim (RE: related document(s)2210 Assignment of Claim). Objections to Assignment of Claim due by 4/5/2007. (jd, ) (Entered: 03/16/2007) |
| 03/16/2007 | 2213 | Declaration of Nanette Dumas in Support of *Amended Motion by U. S. Trustee for Appointment of Chapter 11 Trustee* (RE: related document(s)2168 Motion to Appoint Trustee). Filed by U.S. Trustee |

| | | |
|---|---|---|
| | | Office of the U.S. Trustee / SJ (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Certificate of Service) (Dumas, Nanette) (Entered: 03/16/2007) |
| 03/16/2007 | 2214 | Application to Employ Jeffer, Mangels, Butler & Marmaro LLP as Special Counsel *to Debotrs and Debtors-In-Possession* Filed by Debtor SONICblue Inc. (Attachments: # 1 Verified Statement of Richard A. Rogan in Support of Application of Debtors and Debtors-In-Possession for an Order Authorizing the Rentention of Jeffer, Mangels, Butler & Marmaro LLP as Special Counsel# 2 Exhibit A to Verified Statement of Richard A. Rogan# 3 Certificate of Service) (Rogan, Richard) (Entered: 03/16/2007) |
| 03/18/2007 | 2215 | BNC Certificate of Mailing - Notice of Transfer of Claim. (RE: related document(s)2211 Notice of Alleged Transfer of Claim). Service Date 03/18/2007. (Admin.) (Entered: 03/18/2007) |
| 03/19/2007 | 2218 | Hearing Held (RE: related document(s)2163 Motion By United States Trustee to Disqualify Pillsbury Winthrop Shaw Pittman LLP, to Vacate Employment Order, and for Disgorgement of Attorneys' Fees Filed by U.S. Trustee Office of the U.S. Trustee / SJ (Dumas, Nanette), 2173 First Amended Motion to Convert Case to Chapter 7 Fee Amount $15 Filed by Creditor SonicBlue Claims LLC (Attachments: # (1) Certificate of Service) (McGrane, William), 2168 Amended Motion to Appoint Trustee (Chapter 11 Trustee) Filed by U.S. Trustee Office of the U.S. Trustee / SJ (Dumas, Nanette)). Motions are under submission. (mem, ) (Entered: 03/21/2007) |
| 03/20/2007 | 2216 | Joint Notice of Transfer of Claim (#58) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 2 Transferor: Radio Shack(Cl. # 58, Amt. $45,000.00) To Argo Partners. Filed by Creditor Argo Partners. (Gold, Matthew) (Entered: 03/20/2007) |
| 03/20/2007 | 2217 | Joint Notice of Transfer of Claim (#58) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 2 Transferor: Argo Partners To SonicBlue Claims LLC. Filed by Creditor SonicBlue Claims LLC. (Gold, Matthew) (Entered: 03/20/2007) |
| 03/22/2007 | 2219 | Document: *Request for Removal of Counsel, Sue J. Hodges from Master Mailing List.* Filed by Debtor SONICblue Inc. (Attachments: # 1 Certificate of Service) (Walker, Matthew) (Entered: 03/22/2007) |
| 03/26/2007 | 2220 | Memorandum Decision (RE: related document(s)2153 Motion to Appoint TrusteeMotion to Appoint Examiner filed by U.S. Trustee Office of the U.S. Trustee / SJ). (jd, ) (Entered: 03/26/2007) |
| 03/27/2007 | 2221 | Joint Notice of Transfer of Claim (#) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 1 Transferor: INTERGRAPH |

| | | |
|---|---|---|
| | | CORPORATION(Amount $6,894.00) To Argo Partners. Filed by Creditor Argo Partners. (Gold, Matthew)ERROR: WRONG EVENT SELECTED (THE CORRECT EVENT IS ASSIGNMENT OF CLAIM) Modified on 3/28/2007 (jd, ).COURT ERROR: DISREGARD PREVIOUS ERROR MESSAGE. Modified on 3/28/2007 (jd, ). (Entered: 03/27/2007) |
| 03/27/2007 | 2222 | Joint Notice of Transfer of Claim (#) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 1 Transferor: Argo Partners To SonicBlue Claims LLC. Filed by Creditor SonicBlue Claims LLC. (Gold, Matthew)ERROR: WRONG EVENT SELECTED (THE CORRECT EVENT IS ASSIGNMENT OF CLAIM WHEN THERE IS NO SIGNED WAIVER) Modified on 3/28/2007 (jd, ). (Entered: 03/27/2007) |
| 03/28/2007 | 2223 | Notice of Alleged Transfer of Claim (RE: related document(s)2221 Joint Transfer of Claim, ). Objections to Assignment of Claim due by 4/17/2007. (jd, ) (Entered: 03/28/2007) |
| 03/28/2007 | 2224 | Notice of Alleged Transfer of Claim (RE: related document(s)2222 Joint Transfer of Claim, ). Objections to Assignment of Claim due by 4/17/2007. (jd, ) (Entered: 03/28/2007) |
| 03/28/2007 | 2225 | BNC Certificate of Mailing (RE: related document(s)2220 Memorandum Decision). Service Date 03/28/2007. (Admin.) (Entered: 03/28/2007) |
| 03/29/2007 | 2226 | Third Party Transcript, Date of Hearing: 3-19-07*a) Amended Motion to Disqualify Pillsbury Winthrop Shaw Pittman, LLP, to Vacate Employment Order, and for Disgorgement of Attorney's Fees by United States Trustee; b) Joinder in Motion by United States Trustee by SonicBlue Claims, LLC; c) Joinder in Motion by Riverside Contracting, LLC and Riverside Claims, LLC; d) Opposition to Motion by Pillsbury Winthrop Shaw Pittman, LLP; e) Reply to Opposition to U.S. Trustee's Motion to Disqualify Pillsbury by SonicBlue Claims, LLC; f) Response to SonicBlue Claims, LLC's Reply to Opposition by Portside Growth & Opportunity Fund, Smithfield Fiduciary, LLC and Citadel Equity Fund, Ltd.; g)Amended Motion for Appointment of Chapter 11 Trustee; h) Joinder to Motion for Appointment of Chapter 11 Trustee by Maxtor Corp.; i) Opposition to Motion by Debtor; j) Amended Motion to Convert to Chapter 7 by SonicBlue Claims, LLC; k) Limited Response to Motion to Convert, Appoint Chapter 11 Trustee and/or Disqualify Debtor's Counsel by Via Technologies, Inc.; l) Response to Motion to Convert by Portside Growth & Opportunity Fund, Smithfield Fiduciary, LLC, and Citadel Equity Fund, Inc.; m) Response to (g) Motion for Appointment of Chapter 11 Trustee and (i) Motion to Convert to Chapter 7 by Official Committee of Creditors Holding Unsecured Claims; n) Response to Motion to Convert to Chapter 7 by SonicBlue Claims, LLC.* (McCall, Jo) (Entered: 03/29/2007) |

| | | |
|---|---|---|
| 03/30/2007 | 2227 | BNC Certificate of Mailing - Notice of Transfer of Claim. (RE: related document(s)2223 Notice of Alleged Transfer of Claim). Service Date 03/30/2007. (Admin.) (Entered: 03/30/2007) |
| 03/30/2007 | 2228 | BNC Certificate of Mailing - Notice of Transfer of Claim. (RE: related document(s)2224 Notice of Alleged Transfer of Claim). Service Date 03/30/2007. (Admin.) (Entered: 03/30/2007) |
| 04/02/2007 | 2229 | Joint Notice of Transfer of Claim (#) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 2 Transferor: Varallo Inc. To Revenue Management. Filed by Creditor Revenue Management. (Minkoff, Robert) **ERROR: WRONG EVENT SELECTED THE CORRECT EVENT IS ASSIGNMENT OF CLAIM LOCATED IN CLAIM ACTION CATEGORY.** Modified on 4/3/2007 (jd, ). (Entered: 04/02/2007) |
| 04/03/2007 | 2230 | Notice of Alleged Transfer of Claim (RE: related document(s)2229 Joint Transfer of Claim, ). Objections to Assignment of Claim due by 4/23/2007. (jd, ) (Entered: 04/03/2007) |
| 04/04/2007 | 2231 | Motion *for Clarification, or in the Alternative, Leave to File a Motion for Reconsideration; Memorandum of Points and Authorities* Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua) (Entered: 04/04/2007) |
| 04/04/2007 | 2232 | Notice of Hearing (RE: related document(s)2231 Motion *for Clarification, or in the Alternative, Leave to File a Motion for Reconsideration; Memorandum of Points and Authorities* Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua)). Hearing scheduled for 5/4/2007 at 11:00 AM at SanJose Courtroom 3070 - Morgan. Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua) (Entered: 04/04/2007) |
| 04/04/2007 | 2233 | Certificate of Service (RE: related document(s)2232 Notice of Hearing,,, 2231 Motion Miscellaneous Relief, ). (Mester, Joshua) (Entered: 04/04/2007) |
| 04/04/2007 | 2234 | Amended Notice of Hearing (RE: related document(s)2232 Notice of Hearing (RE: related document(s)2231 Motion *for Clarification, or in the Alternative, Leave to File a Motion for Reconsideration; Memorandum of Points and Authorities* Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua)). Hearing scheduled for 5/4/2007 at 11:00 AM at SanJose Courtroom 3070 - Morgan. Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua), 2231 Motion *for Clarification, or in the Alternative,* |

| | | |
|---|---|---|
| | | *Leave to File a Motion for Reconsideration; Memorandum of Points and Authorities* Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua)). Hearing scheduled for 5/4/2007 at 11:00 AM at SanJose Courtroom 3070 - Morgan. Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua) (Entered: 04/04/2007) |
| 04/05/2007 | 2235 | BNC Certificate of Mailing - Notice of Transfer of Claim. (RE: related document(s)2230 Notice of Alleged Transfer of Claim). Service Date 04/05/2007. (Admin.) (Entered: 04/05/2007) |
| 04/06/2007 | 2236 | Joint Notice of Transfer of Claim (#) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 1 Transferor: Davidson Mandell and Menkes To Revenue Management. Filed by Creditor Revenue Management. (Minkoff, Robert) (Entered: 04/06/2007) |
| 04/09/2007 | 2237 | Notice of Alleged Transfer of Claim (RE: related document(s)2236 Joint Transfer of Claim). Objections to Assignment of Claim due by 4/30/2007. (jd, ) (Entered: 04/09/2007) |
| 04/11/2007 | 2238 | BNC Certificate of Mailing - Notice of Transfer of Claim. (RE: related document(s)2237 Notice of Alleged Transfer of Claim). Service Date 04/11/2007. (Admin.) (Entered: 04/11/2007) |
| 04/16/2007 | 2239 | Motion to Appoint Trustee *Application for Order Approving the Appointment of Chapter 11 Trustee* Filed by U.S. Trustee Office of the U.S. Trustee / SJ (Attachments: # 1 Declaration of Dennis J. Connolly in Support of Appointment of Dennis J. Connolly as Chapter 11 Trustee for the Bankruptcy Estate of Sonicblue Incorporated et al.# 2 Schedule 1# 3 Schedule 2# 4 Exhibit A) (Dumas, Nanette) (Entered: 04/16/2007) |
| 04/16/2007 | 2240 | Certificate of Service *Application for Order Approving the Appointment of Chapter 11 Trustee* (RE: related document(s)2239 Motion to Appoint Trustee, ). (Attachments: # 1 Notice of Electronic Filing) (Dumas, Nanette) (Entered: 04/16/2007) |
| 04/16/2007 | 2241 | Appointment of Trustee and Approval of Bond *Notice of Appointment of Chapter 11 Trustee.* (Dumas, Nanette) (Entered: 04/16/2007) |
| 04/17/2007 | 2242 | Order Granting Motion to Appoint Chapter 11 Trustee. Dennis J. Connolly added to the case. (jd, ) (Entered: 04/17/2007) |
| 04/19/2007 | 2243 | Brief/Memorandum in Opposition to *Senior Noteholders' Alternative Motions for Clarification or Reconsideration of March 26 Memorandum Opinion* (RE: related document(s)2231 Motion Miscellaneous Relief, ). |

| | | |
|---|---|---|
| | | Filed by Creditor SonicBlue Claims LLC (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Certificate of Service) (Najolia, Gina) ERROR: ATTACHMENT #3 THE CERTIFICATE OF SERVICE DOES NOT INCLUDE DEBTOR'S NAME AND CASE NUMBER. FOR INFORMATIONAL PURPOSES ONLY. Modified on 4/20/2007 (jd, ). (Entered: 04/19/2007) |
| 04/19/2007 | 2244 | BNC Certificate of Mailing (RE: related document(s)2242 Order on Motion to Appoint Trustee). Service Date 04/19/2007. (Admin.) (Entered: 04/19/2007) |
| 04/19/2007 | 2245 | Operating Report for Filing Period March 2007 Filed by Debtor SONICblue Inc. (jd, ) (Entered: 04/20/2007) |
| 04/20/2007 | 2246 | Report: *Unilateral Ninth Quarterly Report on Status of Avoidance Actions* Filed by Creditor Committee Official Committee of Unsecured Creditor (Attachments: # 1 Exhibit A# 2 Certificate of Service) (Arnold, Todd) (Entered: 04/20/2007) |
| 04/20/2007 | 2247 | Notice Regarding *Errata re SonicBlue Claims, LLC's Opposition to Senior Noteholders' Alternative Motions for Clarification or Reconsideration of March 26 Memorandum Opinion* (RE: related document(s)2243 Brief/Memorandum in Opposition to *Senior Noteholders' Alternative Motions for Clarification or Reconsideration of March 26 Memorandum Opinion* (RE: related document(s)2231 Motion Miscellaneous Relief, ). Filed by Creditor SonicBlue Claims LLC (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Certificate of Service) (Najolia, Gina) ERROR: ATTACHMENT #3 THE CERTIFICATE OF SERVICE DOES NOT INCLUDE DEBTOR'S NAME AND CASE NUMBER. FOR INFORMATIONAL PURPOSES ONLY. Modified on 4/20/2007 (jd, ).). Filed by Creditor SonicBlue Claims LLC (Najolia, Gina) (Entered: 04/20/2007) |
| 04/20/2007 | 2248 | Amended Brief/Memorandum in Opposition to *Senior Noteholders' Alternative Motions for Clarification or Reconsideration of March 26 Memorandum Opinion* (RE: related document(s)2243 Opposition Brief/Memorandum,, ). Filed by Creditor SonicBlue Claims LLC (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Certificate of Service) (Najolia, Gina) (Entered: 04/20/2007) |
| 04/23/2007 | 2249 | Assignment of Claim #65 To WM Trust High Yield Fund, et al. Filed by Creditor WM Trust High Yield Fund, et al.. (Duffy, Kerry) ERROR: INCOMPLETE ADDRESS FOR CREDITOR ENTERED - INCORRECT FIELDS USED FOR CREDITOR WM TRUST'S ADDRESS. COURT CORRECTED. (WE DO NOT USE THE OFFICE FIELD ON THE CREDITOR'S ADDRESS - FOR INFORMATIONAL PURPOSES ONLY). Modified on 4/24/2007 (jd, ). COURT MODIFIED DOCKET |

| | | |
|---|---|---|
| | | TEXT TO READ TO WM TRUST. Modified on 4/24/2007 (jd, ). (Entered: 04/23/2007) |
| 04/23/2007 | 2250 | Assignment of Claim #63 To WM Trust High Yield Fund, et al.. Filed by Creditor WM Trust High Yield Fund, et al.. (Duffy, Kerry)COURT MODIFIED DOCKET TEXT TO READ TO WM TRUST. Modified on 4/24/2007 (jd, ). (Entered: 04/23/2007) |
| 04/23/2007 | 2251 | Assignment of Claim #62 To WM Trust High Yield Fund, et al.. Filed by Creditor WM Trust High Yield Fund, et al.. (Duffy, Kerry)COURT MODIFIED DOCKET TEXT TO READ TO WM TRUST Modified on 4/24/2007 (jd, ). (Entered: 04/23/2007) |
| 04/23/2007 | 2252 | Assignment of Claim #64 To WM Trust High Yield Fund, et al.. Filed by Creditor WM Trust High Yield Fund, et al.. (Duffy, Kerry) COURT MODIFIED DOCKET TEXT TO READ TO WM TRUST. Modified on 4/24/2007 (jd, ). (Entered: 04/23/2007) |
| 04/24/2007 | 2253 | Notice of Alleged Transfer of Claim (RE: related document(s)2249 Assignment of Claim). Objections to Assignment of Claim due by 5/14/2007. (jd, ) (Entered: 04/24/2007) |
| 04/24/2007 | 2254 | Notice of Alleged Transfer of Claim (RE: related document(s)2250 Assignment of Claim). Objections to Assignment of Claim due by 5/14/2007. (jd, ) (Entered: 04/24/2007) |
| 04/24/2007 | 2255 | Notice of Alleged Transfer of Claim (RE: related document(s)2251 Assignment of Claim). Objections to Assignment of Claim due by 5/14/2007. (jd, ) (Entered: 04/24/2007) |
| 04/24/2007 | 2256 | Notice of Alleged Transfer of Claim (RE: related document(s)2252 Assignment of Claim). Objections to Assignment of Claim due by 5/14/2007. (jd, ) (Entered: 04/24/2007) |
| 04/25/2007 | 2257 | Joint Notice of Transfer of Claim (#) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 1 Transferor: Major League Soccer LLC(Amount $5,000.00) To Argo Partners. Filed by Creditor Argo Partners. (Gold, Matthew) (Entered: 04/25/2007) |
| 04/25/2007 | 2258 | Joint Notice of Transfer of Claim (#) and Waiver of Opportunity To Object. Transfer Agreement 3001 (e) 1 Transferor: Argo Partners To SonicBlue Claims LLC. Filed by Creditor SonicBlue Claims LLC. (Gold, Matthew) (Entered: 04/25/2007) |
| 04/26/2007 | 2259 | BNC Certificate of Mailing - Notice of Transfer of Claim. (RE: related document(s)2253 Notice of Alleged Transfer of Claim). Service Date |

| | | |
|---|---|---|
| | | 04/26/2007. (Admin.) (Entered: 04/26/2007) |
| 04/26/2007 | 2260 | BNC Certificate of Mailing - Notice of Transfer of Claim. (RE: related document(s)2254 Notice of Alleged Transfer of Claim). Service Date 04/26/2007. (Admin.) (Entered: 04/26/2007) |
| 04/26/2007 | 2261 | BNC Certificate of Mailing - Notice of Transfer of Claim. (RE: related document(s)2255 Notice of Alleged Transfer of Claim). Service Date 04/26/2007. (Admin.) (Entered: 04/26/2007) |
| 04/26/2007 | 2262 | BNC Certificate of Mailing - Notice of Transfer of Claim. (RE: related document(s)2256 Notice of Alleged Transfer of Claim). Service Date 04/26/2007. (Admin.) (Entered: 04/26/2007) |
| 04/27/2007 | 2263 | Reply to *of Pillsbury Winthrop Shaw Pittman LLP to Claims Traders' Opposition to Motion for Clarification* (RE: related document(s)2231 Motion Miscellaneous Relief, ). Filed by Attorney Pillsbury Winthrop Shaw Pittman LLP (Damonte, Ana) (Entered: 04/27/2007) |
| 04/27/2007 | 2264 | Certificate of Service *of Reply of Pillsbury Winthrop Shaw Pittman LLP to Claims Traders' Opposition to Motion for Clarification* (RE: related document(s)2263 Reply). (Damonte, Ana) (Entered: 04/27/2007) |
| 04/27/2007 | 2265 | Reply to */ Reply Brief in Support of Motion for Clarification, or in the Alternative, for Leave to File a Motion for Reconsideration* (RE: related document(s) 2231 Motion Miscellaneous Relief, ). Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua) Modified on 4/30/2007 CORRECTIVE ENTRY: COURT REMOVED LINK TO DOCUMENT #2248, OPPOSITION BRIEF/MEMORANDUM. (be, ). (Entered: 04/27/2007) |
| 04/27/2007 | 2266 | Declaration of Joshua M. Mester in Support of *Reply Brief in Support of Motion for Clarification, or in the Alternative, for Leave to File a Motion for Reconsideration* (RE: related document(s)2265 Reply, ). Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Attachments: # 1 Exhibit A) (Mester, Joshua) (Entered: 04/27/2007) |
| 04/28/2007 | 2267 | Certificate of Service (RE: related document(s)2265 Reply,, 2266 Declaration, ). (Mester, Joshua) (Entered: 04/28/2007) |
| 05/01/2007 | 2268 | Response to *Reply of Pillsbury Winthrop Shaw Pittman LLP* (RE: related document(s)2263 Reply). Filed by Creditor SonicBlue Claims LLC (Najolia, Gina) (Entered: 05/01/2007) |

| | | |
|---|---|---|
| 05/01/2007 | 2269 | Certificate of Service (RE: related document(s)2268 Response). (Najolia, Gina) (Entered: 05/01/2007) |
| 05/02/2007 | 2270 | Stipulation to Continue Hearing *between Official Committee of Creditors Holding Unsecured Claims and Chapter 11 Trustee to Continue Disclosure Statement Hearing* Filed by Trustee Dennis J. Connolly (RE: related document(s)2047 Disclosure Statement,, filed by Creditor Committee Official Committee of Unsecured Creditor). (Dumas, Cecily) ERROR: INCORRECTLY LINKED - COURT CORRECTED. Modified on 5/3/2007 (jd, ). (Entered: 05/02/2007) |
| 05/02/2007 | 2271 | Application to Employ Alston & Bird LLP as Counsel to the Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Attachments: # 1 Declaration of Grant T. Stein in Support of Application for Employment of Alston & Bird LLP# 2 Statement of Attorney Compensation Pursuant to 11 U.S.C. Section 329 and Bankruptcy rule 2016(b)) (Dumas, Cecily) (Entered: 05/02/2007) |
| 05/02/2007 | 2272 | Application to Employ Friedman Dumas & Springwater LLP as Local Counsel to Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Attachments: # 1 Declaration of Cecily A. Dumas in Support of Application# 2 Statement of Attorney Compensation Pursuant to 11 U.S.C. Section 329 and Bankruptcy Rule 2016(b)) (Dumas, Cecily) (Entered: 05/02/2007) |
| 05/02/2007 | 2273 | Motion to Set Hearing *for Special Setting* (RE: related document(s)2271 Application to Employ, filed by Trustee Dennis J. Connolly, 2272 Application to Employ, filed by Trustee Dennis J. Connolly). Filed by Trustee Dennis J. Connolly (Dumas, Cecily) (Entered: 05/02/2007) |
| 05/02/2007 | 2274 | Notice Regarding *Intended Action Re Claim Transfer Agreement Among VIA Technologies, INC. S3 Graphics Co., LTD., and SonicBlue Claims, LLC* Filed by Creditor SonicBlue Claims LLC (Greenfield, Bernard) (Entered: 05/02/2007) |
| 05/02/2007 | 2275 | Certificate of Service (RE: related document(s)2274 Notice). (Greenfield, Bernard) (Entered: 05/02/2007) |
| 05/03/2007 | 2276 | Order To Continue Hearing (RE: related document(s)2103 Amended Disclosure Statement filed by Creditor Committee Official Committee of Unsecured Creditor, 2047 Disclosure Statement filed by Creditor Committee Official Committee of Unsecured Creditor). Hearing to be held on 8/9/2007 at 11:00 AM SanJose Courtroom 3070 - Morgan for 2047, (jd, ) (Entered: 05/03/2007) |
| 05/03/2007 | 2282 | Hearing Set On (RE: related document(s)2066 JOINT Motion to Approve Document (RE: related document(s)2047 Disclosure Statement, filed by |

| | | |
|---|---|---|
| | | Creditor Committee Official Committee of Unsecured Creditor). Filed by Creditor Committee Official Committee of Unsecured Creditor (. Hearing scheduled for 8/9/2007 at 11:00 AM at SanJose Courtroom 3070 - Morgan. (mem, ) (Entered: 05/07/2007) |
| 05/04/2007 | 2277 | Hearing Held (RE: related document(s)2231 Motion for Clarification, or in the Alternative, Leave to File a Motion for Reconsideration; Memorandum of Points and Authorities Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua). The court will issue a written ruling. (mem, ) (Entered: 05/04/2007) |
| 05/04/2007 | 2278 | Order Granting Motion to Set Hearing (Related Doc # 2273, On motions 2272, and 2271) Hearing scheduled for 6/14/2007 at 01:30 AM at SanJose Courtroom 3070 - Morgan. (jd, ) (Entered: 05/04/2007) |
| 05/04/2007 | 2279 | Memorandum Decision (RE: related document(s)2231 Motion for Clarification, or in the Alternative, Leave to File a Motion for Reconsideration filed by Creditor Portside Growth and Opportunity Fund, Creditor Smithfield Fiduciary LLC, Creditor Citadel Equity Fund Ltd.). (jd, ) (Entered: 05/04/2007) |
| 05/05/2007 | 2280 | BNC Certificate of Mailing (RE: related document(s)2276 Order to Continued Hearing, ). Service Date 05/05/2007. (Admin.) (Entered: 05/05/2007) |
| 05/06/2007 | 2281 | BNC Certificate of Mailing (RE: related document(s)2279 Memorandum Decision, ). Service Date 05/06/2007. (Admin.) (Entered: 05/06/2007) |
| 05/08/2007 | 2283 | Order Granting Application to Employ Attorney Cecily A. Dumas for Trustee Dennis J. Connolly On an Interim Basis. Added to the Case (Related Doc # 2272) (jd, ) Modified on 5/9/2007 (jd, ). (Entered: 05/08/2007) |
| 05/08/2007 | 2284 | Order Granting Application to Employ Attorney Grant T. Stein for the Trustee Dennis J. Connolly On an Interim Basis Added to the Case (Related Doc # 2271) (jd, ) (Entered: 05/09/2007) |
| 05/09/2007 | 2285 | Hearing Set On (RE: related document(s)2271 Application to Employ Alston & Bird LLP as Counsel to the Chapter 11 Trustee ). Hearing scheduled for 6/14/2007 at 01:30 PM at SanJose Courtroom 3070 - Morgan. (jd, ) (Entered: 05/09/2007) |
| 05/09/2007 | 2286 | Hearing Set On (RE: related document(s)2272 Application to Employ Friedman Dumas & Springwater LLP as Local Counsel to Chapter 11 Trustee ). Hearing scheduled for 6/14/2007 at 01:30 PM at SanJose |

| | | |
|---|---|---|
| | | Courtroom 3070 - Morgan. (jd, ) (Entered: 05/09/2007) |
| 05/09/2007 | 2287 | Notice of Hearing *on Trustee's Employment Applications* (RE: related document(s)2271 Application to Employ Alston & Bird LLP as Counsel to the Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Attachments: # 1 Declaration of Grant T. Stein in Support of Application for Employment of Alston & Bird LLP# (2) Statement of Attorney Compensation Pursuant to 11 U.S.C. Section 329 and Bankruptcy rule 2016(b)) (Dumas, Cecily), 2272 Application to Employ Friedman Dumas & Springwater LLP as Local Counsel to Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Attachments: # 1 Declaration of Cecily A. Dumas in Support of Application# (2) Statement of Attorney Compensation Pursuant to 11 U.S.C. Section 329 and Bankruptcy Rule 2016(b)) (Dumas, Cecily), 2283 Order Granting Application to Employ Attorney Cecily A. Dumas for Trustee Dennis J. Connolly On an Interim Basis. Added to the Case (Related Doc # 2272) (jd, ) Modified on 5/9/2007 (jd, )., 2284 Order Granting Application to Employ Attorney Grant T. Stein for the Trustee Dennis J. Connolly On an Interim Basis Added to the Case (Related Doc # 2271) (jd, )). Hearing scheduled for 6/14/2007 at 01:30 PM at SanJose Courtroom 3070 - Morgan. Filed by Trustee Dennis J. Connolly (Attachments: # 1 Certificate of Service) (Dumas, Cecily) (Entered: 05/09/2007) |
| 05/10/2007 | 2288 | Notice Regarding *Erratum in Notice of Hearing on Trustee's Employment Applications* (RE: related document(s)2287 Notice of Hearing *on Trustee's Employment Applications* (RE: related document(s)2271 Application to Employ Alston & Bird LLP as Counsel to the Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Attachments: # 1 Declaration of Grant T. Stein in Support of Application for Employment of Alston & Bird LLP# (2) Statement of Attorney Compensation Pursuant to 11 U.S.C. Section 329 and Bankruptcy rule 2016(b)) (Dumas, Cecily), 2272 Application to Employ Friedman Dumas & Springwater LLP as Local Counsel to Chapter 11 Trustee Filed by Trustee Dennis J. Connolly (Attachments: # 1 Declaration of Cecily A. Dumas in Support of Application# (2) Statement of Attorney Compensation Pursuant to 11 U.S.C. Section 329 and Bankruptcy Rule 2016(b)) (Dumas, Cecily), 2283 Order Granting Application to Employ Attorney Cecily A. Dumas for Trustee Dennis J. Connolly On an Interim Basis. Added to the Case (Related Doc # 2272) (jd, ) Modified on 5/9/2007 (jd, )., 2284 Order Granting Application to Employ Attorney Grant T. Stein for the Trustee Dennis J. Connolly On an Interim Basis Added to the Case (Related Doc # 2271) (jd, )). Hearing scheduled for 6/14/2007 at 01:30 PM at SanJose Courtroom 3070 - Morgan. Filed by Trustee Dennis J. Connolly (Attachments: # 1 Certificate of Service) (Dumas, Cecily)). Filed by Trustee Dennis J. Connolly (Attachments: # 1 Certificate of Service) (Dumas, Cecily) ERROR: DEBTOR'S NAME AND CASE NUMBER ARE MISSING FROM ATTACHMENT #1 THE CERTIFICATE OF SERVICE. FOR INFORMATIONAL PURPOSES ONLY. Modified on 5/11/2007 (jd, ). |

| | | |
|---|---|---|
| | | (Entered: 05/10/2007) |
| 05/10/2007 | 2289 | BNC Certificate of Mailing (RE: related document(s)2283 Order on Application to Employ). Service Date 05/10/2007. (Admin.) (Entered: 05/10/2007) |
| 05/10/2007 | 2290 | Motion to Appear Pro Hac Vice . (jd, ) (Entered: 05/11/2007) |
| 05/10/2007 | 2291 | Order Granting Motion To Appear Pro Hac Vice (Related Doc # 2290). Attorney Grant T. Stein for Dennis J. Connolly added to the case. (jd, ) (Entered: 05/11/2007) |
| 05/11/2007 | 2292 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)2220 Memorandum Decision, 2279 Memorandum Decision, ). Appellant Designation due by 5/21/2007. Transmission to District Court due by 6/11/2007. (Attachments: # 1 Exhibit A# 2 Certificate of Service) Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua) ERROR: THERE SHOULD BE A SEPARATE NOTICE OF APPEAL FOR EACH ORDER TO BE APPEALED. Modified on 5/14/2007 (jd, ). (Entered: 05/11/2007) |
| 05/11/2007 | 2293 | Statement of Election to District Court, (RE: related document(s)2292 Notice of Appeal, filed by Creditor Portside Growth and Opportunity Fund, Creditor Smithfield Fiduciary LLC, Creditor Citadel Equity Fund Ltd.). (Attachments: # 1 Certificate of Service) Filed by Creditors Citadel Equity Fund Ltd., Portside Growth and Opportunity Fund, Smithfield Fiduciary LLC (Mester, Joshua) (Entered: 05/11/2007) |
| 05/11/2007 | 2294 | BNC Certificate of Mailing (RE: related document(s)2284 Order on Application to Employ). Service Date 05/11/2007. (Admin.) (Entered: 05/11/2007) |
| 05/14/2007 | 2295 | Courts Certificate of Mailing. Number of notices mailed: 23 (RE: related document(s)2292 Notice of Appeal). (jd, ) (Entered: 05/14/2007) |
| 05/14/2007 | 2296 | Transmittal of Record on Appeal to District Court (RE: related document(s)2292 Notice of Appeal). (jd, ) (Entered: 05/14/2007) |