*E-FILED - 7/15/09*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER

     A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. **The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.**

| | |
|---|---|
| **C 07-02553 RMW** | **Portside Growth & Opportunity Fund et al** |
| **C 09-02109 PJH** | **VIA Technologies, Inc. V. SONICBlue Claims LLC et al** |

Dated: 7/14/09

*Ronald M Whyte*

**Judge Ronald M. Whyte**

-1-

                                                           **Richard W. Wieking, Clerk**

**DATED: 7/15/09**                                                **By:** _/s/ Jackie Lynn Garcia_
                                                                                 **Deputy Clerk**