ROBERT E. WHITE (Cal. Bar No. 78567)
LAW OFFICES OF ROBERT E. WHITE
177 Post Street, Suite 890
San Francisco, CA  94108
Telephone:  (415) 788-6151
Facsimile:   (415) 788-6154
e-mail:  rew@rwhitesf.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwanese corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SONICBLUE CLAIMS, LLC, a Delaware limited liability company, FERRY CLAIMS, LLC, a California limited liability company, and FREEFALL CLAIMS I, LLC, a California limited liability company,<br><br>    Defendants. | Case No. CV 09 2109 PJH<br><br>**APPLICATION FOR ORDER SUBSTITUTING COUNSEL & [PROPOSED] ORDER THEREON FOR DEFENDANT FREEFALL CLAIMS I, LLC** |

Defendant FREEFALL CLAIMS I, LLC, a California limited liability company ("FREEFALL"), hereby applies to substitute Robert E. White (Cal. Bar No. 78567) of the Law Offices of Robert E. White, as its attorney of record in this action in the place of Pahl & McCay, A Professional Corporation, Stephen D. Pahl, and Servando R. Sandoval, 225 West Santa Clara Street, Suite 1500, San Jose, CA  95113-1752.  FREEFALL and counsel have

/ / / / /

/ / / / /

/ / / / /

1 | consented to this substitution as indicated below by execution of this application.

2 | Dated: July 31, 2009.                    PAHL & McCAY, A Professional Corporation
                                              STEPHEN D. PAHL
3 |                                           SERVANDO R. SANDOVAL

4 |

                                  By: _____/s/_____
5 |                                    STEPHEN D. PAHL

6 |         I accept this substitution.

7 | Dated: July 31, 2009.                    LAW OFFICES OF ROBERT E. WHITE

8 |

9 |                               By: _____/s/_____
                                      ROBERT E. WHITE
10 |

11 |         I consent to this substitution.

12 | Dated: July 31, 2009.                   FREEFALL CLAIMS I, LLC

13 |

14 |                              By:_____/s/_____
                                     RICHARD STOLL, Manager
15 |

16 |                    ORDER APPROVING SUBSTITUTION OF ATTORNEYS

17 |         The foregoing application for substitution of attorneys is approved and

18 | IT IS SO ORDERED.

19 | Dated: August  10 , 2009.
                                         _____
20 |                                      HONORABLE PHYLLIS J. HAMILTON
                                          UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

## SIGNATURE ATTESTATION

1. I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within the efiled document, entitled **APPLICATION FOR ORDER SUBSTITUTING COUNSEL & [PROPOSED] ORDER THEREON FOR DEFENDANT FREEFALL CLAIMS I, LLC.**

Dated: July 31, 2009.                          LAW OFFICES OF ROBERT E. WHITE

                                               By:  _____/s/_____
                                                    ROBERT E. WHITE

-3-
APPLICATION & [PROPOSED] ORDER FOR SUBSTITUTION OF ATTORNEYS FOR DEFENDANT
FREEFALL CLAIMS I, LLC, CASE NO. CV 09 2109 PJH