UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SONICBLUE CLAIMS LLC, a Delaware limited liability company; FERRY CLAIMS, LLC, a California limited liability company; and FREEFALL CLAIMS I, LLC, a California limited liability company, <br><br> Defendants. | CASE NO. CV 09 2109 PJH <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Date:   August 27, 2009 <br> Time:  2:30 p.m. <br> Place:  Courtroom 5, 17th Floor <br>          United States Courthouse <br>          450 Golden Gate Avenue <br>          San Francisco, California |
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV 09 2109 PJH
pa-1351564

1    Pursuant to Local Rules 6-2 and 7-12, Plaintiff VIA Technologies, Inc. and Defendants
2 SonicBlue Claims LLC, Ferry Claims LLC, and Freefall Claims I LLC, through their counsel,
3 submit the following stipulation and [proposed] order:
4    WHEREAS on June 9, 2009, the Court set the Initial Case Management Conference to be
5 held in this case on August 27, 2009 at 2:30 p.m.;
6    WHEREAS Defendant SonicBlue Claims LLC's motion to dismiss the first cause of
7 action to Plaintiff VIA Technologies, Inc.'s complaint is set to be heard before this Court on
8 September 9, 2009;
9    WHEREAS, the interests of efficiency and preserving judicial resources are best served
10 by continuing the Initial Case Management Conference until after the Court rules on Defendant
11 SonicBlue Claims LLC's motion.
12    NOW, THEREFORE, based on the foregoing, the parties hereby stipulate as follows:
13    1.    The Initial Case Management Conference currently scheduled for August 27, 2009
14 will be rescheduled to October 29, 2009 at 2:30 p.m. or at such other time that the Court deems
15 appropriate;
16    2.    The parties shall confer pursuant to Fed. R. Civ. Proc. 26(f) on or before twenty-
17 one (21) days before the Initial Case Management Conference is set to be heard;
18    3.    The Joint Case Management Statement shall be filed at least (7) days before the
19 Initial Case Management Conference is set to be heard.
20    4.    All ADR deadlines shall be adjusted in accordance with the new case management
21 schedule.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV 09 2109 PJH
pa-1351564

1

| | | |
|---|---|---|
| 1 | Dated: August 11, 2009 | DOUGLAS L. HENDRICKS |
| 2 | | ADAM A. LEWIS |
| | | KAREN KREUZKAMP |
| 3 | | GRACE Y. PARK |
| | | MORRISON & FOERSTER LLP |

Dated: August 11, 2009

          By:  /s/ Karen Kreuzkamp
             KAREN KREUZKAMP

          Attorneys for Plaintiff
          VIA TECHNOLOGIES, INC.

Dated: August 11, 2009      WILLIAM H.G. NORMAN
                 STEPHEN KAUS
                 COOPER, WHITE & COOPER LLP


          By:  /s/ Stephen Kaus
             STEPHEN KAUS

          Attorneys for Defendant
          SONICBLUE CLAIMS, LLC

Dated: August 11, 2009      DUANE M. GECK
                 SEVERSON & WERSON


          By:  /s/ Duane M. Geck
             DUANE M. GECK

          Attorneys for Defendant
          FERRY CLAIMS, LLC.

Dated: August 11, 2009      ROBERT E. WHITE
                 LAW OFFICES OF ROBERT E. WHITE


          By:  /s/ Robert E. White
             ROBERT E. WHITE

          Attorneys for Defendant
          FREEFALL CLAIMS I, LLC

1  I, Karen Kreuzkamp, am the ECF user whose ID and password are being used to file this
2  **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE**
3  **MANAGEMENT CONFERENCE.**  In compliance with General Order 45, X.B., I hereby attest
4  that Stephen Kaus, Duane M. Geck, and Robert E. White have concurred in this filing.

Dated:  August 11, 2009        MORRISON & FOERSTER LLP

By: /s/ Karen Kreuzkamp
    Karen Kreuzkamp
    Attorneys for VIA Technologies, Inc.

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE    3
pa-1351564

1  PURSUANT TO STIPULATION, IT IS SO ORDERED

2  Dated: August __14__, 2009.



The Honorable Phyllis J. Hamilton
United States