1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., | CASE NO. CV 09 2109 PJH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| SONICBLUE CLAIMS LLC, a Delaware limited liability company; FERRY CLAIMS, LLC, a California limited liability company; and FREEFALL CLAIMS I, LLC, a California limited liability company, | Date: October 29, 2009<br>Time: 2:30 p.m.<br>Place: Courtroom 5, 17th Floor<br>United States Courthouse<br>450 Golden Gate Avenue<br>San Francisco, California |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV 09 2109 PJH
pa-1363317

1  Pursuant to Local Rules 6-2 and 7-12, Plaintiff VIA Technologies, Inc. and Defendants
2  SonicBlue Claims LLC, Ferry Claims LLC, and Freefall Claims I LLC, through their counsel,
3  submit the following stipulation and [proposed] order:
4  WHEREAS on August 14, 2009, the Court continued the Initial Case Management
5  Conference to be held in this case on August 27, 2009 at 2:30 p.m. to October 29, 2009 at 2:30
6  p.m.;
7  WHEREAS Plaintiff VIA Technologies, Inc. will file an amended complaint on October
8  23, 2009, pursuant to this Court's September 23, 2009 Order regarding Defendant SonicBlue
9  Claims LLC's motion to dismiss the first cause of action;
10  WHEREAS, the interests of efficiency and preserving judicial resources are best served
11  by continuing the Initial Case Management Conference until after the amended complaint and any
12  responses to the amended complaint are filed.
13  NOW, THEREFORE, based on the foregoing, the parties hereby stipulate as follows:
14  1. The Initial Case Management Conference currently scheduled for October 29,
15  2009 will be rescheduled to January 14, 2010 at 2:30 [2:00] p.m. or at such other time that the Court
16  deems appropriate;
17  2. The parties shall confer pursuant to Fed. R. Civ. Proc. 26(f) on or before twenty-
18  one (21) days before the Initial Case Management Conference is set to be heard;
19  3. The Joint Case Management Statement shall be filed at least (7) days before the
20  Initial Case Management Conference is set to be heard.
21  4. All ADR deadlines shall be adjusted in accordance with the new case management
22  schedule.
23  //
24  //
25  //
26  //
27  //
28  //

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
CASE NO. CV 09 2109 PJH
pa-1363317

1

| | | |
|---|---|---|
| 1 | Dated: October 6, 2009 | DOUGLAS L. HENDRICKS |
| 2 | | ADAM A. LEWIS |
| | | KAREN KREUZKAMP |
| 3 | | GRACE Y. PARK |
| | | MORRISON & FOERSTER LLP |

By: /s/ Karen Kreuzkamp
KAREN KREUZKAMP

Attorneys for Plaintiff
VIA TECHNOLOGIES, INC.

Dated: October 6, 2009

WILLIAM H.G. NORMAN
STEPHEN KAUS
COOPER, WHITE & COOPER LLP

By: /s/ Stephen Kaus
STEPHEN KAUS

Attorneys for Defendant
SONICBLUE CLAIMS, LLC

Dated: October 6, 2009

DUANE M. GECK
SEVERSON & WERSON

By: /s/ Duane M. Geck
DUANE M. GECK

Attorneys for Defendant
FERRY CLAIMS, LLC.

Dated: October 6, 2009

ROBERT E. WHITE
LAW OFFICES OF ROBERT E. WHITE

By: /s/ Robert E. White
ROBERT E. WHITE

Attorneys for Defendant
FREEFALL CLAIMS I, LLC

| | |
|---|---|
| 1 | I, Karen Kreuzkamp, am the ECF user whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE.** In compliance with General Order 45, X.B., I hereby attest that Stephen Kaus, Duane M. Geck, and Robert E. White have concurred in this filing. |

Dated: October 6, 2009            MORRISON & FOERSTER LLP

By: ___/s/ Karen Kreuzkamp___
    Karen Kreuzkamp
    Attorneys for VIA Technologies, Inc.

1  PURSUANT TO STIPULATION, IT IS SO ORDERED
2  Dated: October 15, 2009.



   The Honorable ~~~~~~~~~~~~~ ton
   United States D~~~~~~~~~~~~~