UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIA TECHNOLOGIES, INC.,

    Plaintiff,

    v.

SONICBLUE CLAIMS, LLC,

    Defendant.
_____/

No. C 09-2109 PJH

**ORDER GRANTING MOTION TO DISMISS IN PART AND DENYING IT IN PART**

    The motion of defendant SonicBlue Claims LLC ("SonicBlue") for an order dismissing the first and second causes of action alleged in the first amended complaint came on for hearing before this court on December 23, 2009. Plaintiff VIA Technologies, Inc. ("VIA") appeared by its counsel Adam Lewis, and SonicBlue appeared by its counsel William Norman. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS the motion in part and DENIES it in part.

    The motion to dismiss the first cause of action for breach of contract is GRANTED, as stated at the hearing. The dismissal is without leave to amend.

    The motion to dismiss the second cause of action for breach of the implied covenant of good faith and fair dealing is DENIED, as the court finds that a Rule 12(b)(6) motion is

not appropriate for deciding whether the challenged conduct, "though not prohibited, is nevertheless contrary to the contract's purposes and the parties' legitimate expectations." <u>Carma Developers California, Inc. v. Marathon Development California, Inc.</u>, 2 Cal. 4th 342, 373 (1992).

**IT IS SO ORDERED.**

Dated: December 23, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge