DOUGLAS L. HENDRICKS (BAR NO. 83611)
DHendricks@mofo.com
ADAM A. LEWIS (BAR NO. 88736)
ALewis@mofo.com
KAREN KREUZKAMP (BAR NO. 246151)
KKreuzkamp@mofo.com
GRACE Y. PARK (BAR NO. 239928)
GracePark@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
VIA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONICBLUE CLAIMS LLC, a Delaware limited liability company, FERRY CLAIMS, LLC, a California limited liability company, and FREEFALL CLAIMS I, LLC, a California limited liability company,<br><br>Defendants. | Case No. 4:09-cv-02109-PJH<br><br>**VIA TECHNOLOGIES INC.'S CIVIL LOCAL RULE 3-16 CERTIFICATION** |

Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: January 7, 2010

DOUGLAS L. HENDRICKS
ADAM A. LEWIS
KAREN KREUZKAMP
GRACE Y. PARK
MORRISON & FOERSTER LLP

By: /s/ Adam A. Lewis
Adam A. Lewis
Attorneys for Plaintiff
VIA TECHNOLOGIES, INC.