1  WILLIAM McGRANE, SBN: 057761
     wmcgrane@mcgranegreenfield.com
2  CHRISTOPHER D. SULLIVAN, SBN: 148083
     csullivan@mcgranegreenfield.com
3  McGRANE GREENFIELD LLP
4  One Ferry Building, Suite 220
   San Francisco, California 94111
5  Telephone:  (415) 283-1776
   Facsimile:   (415) 283-1777
6

7  JEFFREY T. MAKOFF, SBN: 120004
     jmakoff@vallemakoff.com
8  ELLEN RUTH FENICHEL, SBN: 172142
     efenichel@vallemakoff.com
9  VALLE MAKOFF LLP
   225 Bush Street, Suite 1649
10 San Francisco, California 94104
   Telephone:  (415) 789-8938
11 Facsimile:   (415) 840-0237

12
   Attorneys for Defendant and Counterclaimant
13 SONICBLUE CLAIMS, LLC

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          (OAKLAND DIVISION)

17
   | | |
   |---|---|
   | VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONICBLUE CLAIMS, LLC, a Delaware limited liability company, FERRY CLAIMS, LLC, a California limited liability company, and FREEFALL CLAIMS I, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 09-cv-02109-PJH<br><br>JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR HEARING AND BRIEFING REGARDING PLAINTIFF'S MOTION TO DISMISS AND MOTION TO STRIKE SONICBLUE CLAIMS, LLC'S FIRST AMENDED COUNTERCLAIM<br><br>Current Hearing Date: April 14, 2010<br>Proposed Hearing Date: May 26, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 3, 3rd Floor<br>         United States Courthouse<br>         1301 Clay Street<br>         Oakland, California 94612-5212 |

28 STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE
       RE: PLAINTIFF'S MOTION TO DISMISS AND MOTION TO STRIKE;
                       CASE NO. 09-CV-02109-PJH

1  Plaintiff and Counterdefendant VIA Technologies, Inc. ("VIA") and Defendant and
2  Counterclaimant SonicBlue Claims, LLC ("SBC") hereby stipulate under Local Rules 6-2 and 7-
3  12 as follows:
4  WHEREAS, the parties have agreed to extend the time for SBC to respond to VIA's
5  Motion to Dismiss and Motion to Strike SonicBlue Claims, LLC's First Amended Counterclaim
6  from March 24, 2010 to April 26, 2010;
7  WHEREAS, the parties have agreed to extend the time for VIA to reply to SBC's
8  Opposition to Motion to Dismiss and Motion to Strike SonicBlue Claims, LLC's First Amended
9  Counterclaim from March 31, 2010 to May 12, 2010;
10 WHEREAS the parties have agreed to continue the hearing on VIA's Motion to Dismiss
11 and Motion to Strike SonicBlue Claims, LLC's First Amended Counterclaim from April 14,
12 2010 to May 26, 2010;
13 WHEREAS, the parties believe that continuing the hearing date and the deadlines for
14 filing responses to VIA's Motion to Dismiss and Motion to Strike will enable the parties to better
15 respond and prepare their arguments.  Furthermore, lead co-counsel for SBC, Jeffrey T. Makoff
16 of Valle Makoff LLP, is starting a two-week jury trial in San Francisco Superior Court on April
17 5, 2010; and
18 WHEREAS there have been no prior continuances concerning this matter.
19 THEREFORE, the parties, by and through their respective counsel, hereby stipulate and
20 agree, and request the Court to enter the following as an order of the Court:
21 The deadline for SBC to file its Opposition to VIA's Motion to Dismiss and Motion to
22 Strike shall be April 26, 2010;
23 The deadline for VIA to file its Reply to SBC's Opposition to VIA's Motion to Dismiss
24 and Motion to Strike shall be May 12, 2010;
25 The hearing on VIA's Motion to Dismiss and Motion to Strike shall take place on May

1

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE
RE: PLAINTIFF'S MOTION TO DISMISS AND MOTION TO STRIKE;
CASE NO. 09-CV-02109-PJH

26, 2010 at 9:00 a.m. in Courtroom 3 of the above-entitled Court.

Dated: March 11, 2010.     VALLE MAKOFF LLP

_____s/Jeffrey T. Makoff_____
Jeffrey T. Makoff
Attorneys for Defendant and Counterclaimant
SonicBlue Claims, LLC

Dated: March 11, 2010.     MORRISON & FOERSTER LLP

_____s/Grace Y. Park_____
Grace Y. Park
Attorneys for Plaintiff and Counterdefendant
VIA Technologies, Inc.

I, Jeffrey T. Makoff, am the ECF user whose ID and password are being used to file this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME FOR HEARING AND BRIEFING REGARDING PLAINTIFF'S MOTION TO DISMISS AND MOTION TO STRIKE SONICBLUE CLAIMS, LLC'S FIRST AMENDED COUNTERCLAIM. I hereby attest that Grace Y. Park concurs in this filing.

Dated: March 11, 2010.     VALLE MAKOFF LLP

_____s/Jeffrey T. Makoff_____
Jeffrey T. Makoff
Attorneys for Defendant and Counterclaimant
SonicBlue Claims, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: March 15, 2010.     _____
HONORABLE PHYLLIS J. HAMILTON
JUDGE, U.S. DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

*[Stamp: IT IS SO ORDERED. Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*

2

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE
RE: PLAINTIFF'S MOTION TO DISMISS AND MOTION TO STRIKE;
CASE NO. 09-CV-02109-PJH