UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIA TECHNOLOGIES, INC.,

    Plaintiff,

    v.

SONICBLUE CLAIMS LLC, et al.,

    Defendants.
_____

AND RELATED COUNTERCLAIMS
_____/

No. C 09-2109 PJH

**ORDER**

The court is in receipt of the three briefs filed in opposition to the 17-page motion of plaintiff and counterclaimant VIA Technologies, Inc. ("VIA") for an order dismissing the counterclaims for failure to state a claim, striking portions of the counterclaims, and/or striking the counterclaims pursuant to California Code of Civil Procedure § 425.16.

The opposition briefs are STRICKEN. Defendant and counterclaimant SonicBlue Claims LLC shall file a single opposition to VIA's motion, not to exceed 25 pages. The opposition shall be filed no later than May 5, 2010. Any reply to the opposition shall be filed no later than May 12, 2010.

**IT IS SO ORDERED.**

Dated: April 28, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge