1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                 OAKLAND DIVISION

11

12   VIA TECHNOLOGIES, INC., a Taiwan          Case No. 4:09-cv-02109-PJH
     corporation,
13                                             STIPULATION AND [PROPOSED] ORDER
                        Plaintiff,             EXTENDING THE TIME FOR HEARING
14                                             PLAINTIFF'S MOTION TO DISMISS AND
          v.                                   MOTION TO STRIKE SONICBLUE
15                                             CLAIMS, LLC'S FIRST AMENDED
                                               COUNTERCLAIM  TO JUNE 9, 2010
16   SONICBLUE CLAIMS LLC, a Delaware
     limited liability company, FERRY          Date:    May 26, 2010
17   CLAIMS, LLC, a California limited          Time:    9:00 a.m.
     liability company, and FREEFALL           Place:   Courtroom 3, 3d Floor
18   CLAIMS I, LLC, a California limited                 United States Courthouse
     liability company,                                  1301 Clay Street
19                                                       Oakland, California
                        Defendants.
20
     SONICBLUE CLAIMS LLC, a Delaware
21   limited liability company,

22                      Counterclaimant,

23        v.

24   VIA TECHNOLOGIES, INC., a Taiwan
     corporation,
25
                        Counterdefendant.
26

27

28

1    Plaintiff/Counterdefendant VIA Technologies, Inc. ("VIA" or "Plaintiff"), and

2    defendant/counterclaimant SonicBlue Claims, LLC ("SBC") hereby stipulate pursuant to Local

3    Rules 6-2, 7-11, and 7-12 as follows:

4    WHEREAS, on March 1, 2010, VIA filed its Motion to Dismiss and Motion to Strike

5    SBC's First Amended Counterclaim;

6    WHEREAS, the parties, in an earlier stipulation, agreed to revise the briefing and

7    hearing schedule to VIA's motion to dismiss and motion to strike, which was entered by the

8    Court on March 15, 2010;

9    WHEREAS, on April 28, 2010, the Court struck SBC's oppositions to VIA's Motion to

10    Dismiss and Motion to Strike SonicBlue Claims, LLC's First Amended Counterclaim;

11    WHEREAS, the Court ordered SBC to file a single opposition to VIA's Motion to

12    Dismiss and Motion to Strike SonicBlue Claims, LLC's First Amended Counterclaim on

13    May 5, 2010 and ordered VIA to file any reply on May 12, 2010;

14    WHEREAS, on May 3, 2010, the parties filed a stipulation to revise the briefing and

15    hearing schedule, which the Court has not yet entered;

16    WHEREAS, SBC filed its single opposition on May 5, 2010, and VIA filed its reply

17    on May 12, 2010;

18    WHEREAS, the parties have agreed to extend the hearing on VIA's Motion to

19    Dismiss and Motion to Strike SBC's First Amended Counterclaim from May 26, 2010 to

20    June 2, 2010;

21    WHEREAS, briefing is complete, and counsel for VIA is unavailable to appear due to

22    vacation plans.   The parties respectfully request that the Court continue the hearing date to

23    accommodate VIA's schedule;

24    **THEREFORE**, the parties, by and through their respective counsel, hereby stipulate and

25    agree, and request the Court to enter the following as an order of the Court:

26    The hearing on VIA's Motion to Dismiss and Motion to Strike shall take place on

27    June 2, 2010 at 9:00 a.m. in Courtroom 3 of the above-entitled Court.

28

1   Dated: May 14, 2010                      DOUGLAS L. HENDRICKS
                                             ADAM A. LEWIS
2                                            KAREN KREUZKAMP
                                             GRACE Y. PARK
3                                            MORRISON & FOERSTER LLP

4

5                                            By:  _____/s/ Grace Y. Park_____
                                                       GRACE Y. PARK
6
                                             Attorneys for Plaintiff
7                                            VIA TECHNOLOGIES, INC.

8   Dated: May 14, 2010                      JEFFREY T. MAKOFF
                                             VALLE MAKOFF LLP
9

10

11                                           By:  _____/s/ Jeffrey T. Makoff_____
                                                       JEFFREY T. MAKOFF
12
                                             Attorney for Defendant
13                                           SONICBLUE CLAIMS LLC

14

15          I, Grace Y. Park, am the ECF User whose ID and password are being used to file this

16   Stipulation and [Proposed] Order Extending the Time for Hearing Plaintiff's Motion to

17   Dismiss and Motion to Strike Sonicblue Claims, LLC's First Amended Counterclaim Pursuant

18   to Local Rule 11-5.   In compliance with General Order 45, X.B., I hereby attest that all parties

19   have concurred in this filing.

20   Dated: May 14, 2010

21

22                                           _____/s/ Grace Y. Park_____
                                                   GRACE Y. PARK
23

24   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25   Dated:   May 17, 2010.

26

27   _____
     The Honorable Phyllis J. Hamilton
28   United States District Judge