DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
ADAM A. LEWIS (CA SBN 88736)
ALewis@mofo.com
BRIAN L. LEVINE (CA SBN 246726)
BLevine@mofo.com
JINA KIM (CA SBN 219294)
JKim@mofo.com
DANIEL A. ZLATNIK (CA SBN 259690)
DZlatnik@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff / Counterdefendant
VIA TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>SONICBLUE CLAIMS, LLC, a Delaware limited liability company; FERRY CLAIMS, LLC, a California limited liability company; and FREEFALL CLAIMS I, LLC, a California limited liability company,<br><br>  Defendants. | CASE No. CV 09 2109 PJH<br><br>JOINT STIPULATION AND MOTION REGARDING PRETRIAL SCHEDULE AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER REGARDING PRETRIAL SCHEDULE |

Plaintiff VIA Technologies, Inc. ("VIA" or "Plaintiff"), and defendants SonicBlue Claims, LLC ("SBC"), Ferry Claims, LLC ("Ferry"), and Freefall Claims I, LLC ("Freefall" and, together with SBC and Ferry, the "Defendants" and individually, each a "Defendant") hereby stipulate and request pursuant to Local Rules 6-2, 7-11, and 7-12 as follows:

WHEREAS, the parties have agreed to extend the time for VIA to answer or otherwise respond to SBC's Second Amended Counterclaim from July 8, ; to July 21, 2010;

WHEREAS, the parties have agreed that if VIA's response to the Second Amended Counterclaim is a motion, SBC may file its Opposition to that motion by August 11, 2010, and VIA may file its Reply by August 25, 2010;

WHEREAS, the parties have agreed to extend the time for VIA to file its Opposition to SBC's Motion For Summary Judgment (regarding VIA's second and ninth claims for relief) and VIA's Opposition to Ferry and Freefall's Motion for Summary Judgment from July 15, 2010 to August 11, 2010, and for SBC, Ferry, and Freefall to file their Reply by August 25, 2010;

WHEREAS the parties have agreed to extend the hearings on SBC's Motion For Summary Judgment (regarding VIA's second and ninth claims for relief) and Ferry and Freefall's Motion for Summary Judgment from August 4, 2010 to September 8, 2010;

WHEREAS the parties have agreed to a September 8, 2010 hearing date on any motion filed by VIA in response to SBC's Second Amended Counterclaim;

WHEREAS, the parties believe that extending the hearing date and the briefing deadlines regarding SBC's Second Amended Counterclaim and SBC's Motion For Summary Judgment (regarding VIA's second and ninth claims for relief ) requires the discovery schedule set forth in the Case Management and Pretrial Order, which was entered by the Court on January 19, 2010, to be modified to allow sufficient time for the parties to conduct adequate discovery;

WHEREAS, the parties have agreed that the Case Management and Pretrial Order should be amended as follows: (a) The last day for non-expert discovery should be extended from October 29, 2010 to December 28, 2010; (b) The last day for disclosure of experts should be extended from August 31, 2010 to October 29, 2010; (c) The last day for expert discovery should be extended from December 7, 2010 to February 7, 2011;

WHEREAS, the parties acknowledge that the Joint Stipulation and Order Regarding Timing of Initial Disclosure and Discovery filed on January 15, 2010 is still in effect.

THEREFORE, the parties, by and through their respective counsel, jointly request the Court to enter the following as an order of the Court:

The deadline for VIA to answer or otherwise respond to SBC's Second Amended Counterclaim shall be July 21, 2010;

If VIA's response to SBC's Second Amended Counterclaim is a motion, the deadline for SBC to file its Opposition to that motion shall be August 11, 2010, and the deadline for VIA to file its Reply shall be August 25, 2010;

The deadline for VIA to file its Opposition to SBC's Motion For Summary Judgment (regarding VIA's second and ninth claims for relief) and its Opposition to Ferry and Freefall's Motion for Summary Judgment shall be August 11, 2010;

The deadline for SBC to file its Reply to VIA's Opposition to SBC's Motion For Summary Judgment (regarding VIA's second and ninth claims for relief ) shall be August 25, 2010;

The deadline for Ferry and Freefall to file their Reply to VIA's Opposition to Ferry and Freefall's Motion for Summary Judgment shall be August 25, 2010;

The hearing on any motion filed by VIA in response to SBC's Second Amended Counterclaim, SBC's Motion For Summary Judgment (regarding VIA's second and ninth claims for relief ), and Ferry and Freefall's Motion for Summary Judgment shall take place on September 8, 2010 at 9:00 a.m. in Courtroom 3 of the above-entitled Court;

///

The Case Management and Pretrial Order shall be amended as follows: the last day for non-expert discovery shall be December 28, 2010; the last day for disclosure of experts shall be October 29, 2010; the last day for expert discovery shall be February 7, 2011.

Dated: July 13, 2010

WILLIAM MCGRANE
MCGRANE, GREENFIELD LLP
JEFFREY T. MAKOFF
VALLE MAKOFF LLP

By: _____/s/ William McGrane_____
WILLIAM MCGRANE

Attorneys for Defendant
SONICBLUE CLAIMS LLC

Dated: July 13, 2010

DUANE M. GECK
SEVERSON & WERSON

By: _____/s/ Duane M. Geck_____
DUANE M. GECK

Attorneys for Defendant
FERRY CLAIMS, LLC

Dated: July 13, 2010

ROBERT E. WHITE
LAW OFFICES OF ROBERT E. WHITE

By: _____/s/ Robert E. White_____
ROBERT E. WHITE

Attorneys for Defendant
FREEFALL CLAIMS I, LLC

JOINT STIPULATION AND MOTION REGARDING PRETRIAL SCHEDULE AND [PROPOSED] ORDER
CASE NO. CV 09 2109 PJH
sf-2868035

3

1  I, Brian L. Levine, am the ECF user whose ID and password are being used to file this **JOINT
2  STIPULATION AND MOTION REGARDING PRETRIAL SCHEDULE AND
3  [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE.**   In compliance with
4  General Order 45, X.B., I hereby attest that William McGrane, Duane M. Geck, and Robert E.
5  White have concurred in this filing.

6  Dated:   July 13, 2010                           MORRISON & FOERSTER LLP

                                                    By:   /s/ Brian L. Levine
                                                            Brian L. Levine
                                                    Attorneys for VIA Technologies, Inc.

11  **PURSUANT TO STIPULATON, IT IS SO ORDERED.**
12  Dated:   July 15, 2010.

                                                    _____
                                                    The Honorable Phyllis J. Hamilton
                                                    United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*