**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

10  VIA TECHNOLOGIES INC.,

11          Plaintiff,                          No. C 09-2109 PJH

12      v.                                      **ORDER CONTINUING HEARING DATE**

13  SONICBLUE CLAIMS, et al.,

14          Defendants.
    _____

15  AND RELATED COUNTERCLAIMS
16  _____/

17          PLEASE TAKE NOTICE that the date for the hearing on defendants' motions for

18  summary judgment and plaintiff and counterdefendant's motion to dismiss the second

19  amended counterclaim, previously set for Wednesday, September 8, 2010, is hereby

20  CONTINUED to Wednesday, September 29, 2010, at 9:00 a.m.

21

22  **IT IS SO ORDERED.**

23  Dated: September 2, 2010

24                                              _____
                                                PHYLLIS J. HAMILTON
25                                              United States District Judge

26
27
28