United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIA TECHNOLOGIES, INC.,

    Plaintiff,

    v.

SONICBLUE CLAIMS LLC, et al.,

    Defendants.

_____/

No. C 09-2109 PJH

**ORDER**

       The court has reviewed the chambers copies of the papers filed by the parties in connection with the two pending motions for summary judgment filed by defendants SONICBlue Claims LLC ("SONICBlue"), Ferry Claims LLC ("Ferry"), and Freefall Claims I LLC ("Freefall"), and the one pending motion to dismiss filed by plaintiff and counterclaimant VIA Technologies, Inc. ("VIA"), and has discovered that the parties have not submitted complete sets of their motion papers, in violation of the local rules of this court.

       The parties have failed to submit chambers copies of the following: Docket Nos. 120, 121, 122, 123, 124, 125, 126, 131, and 132. If the parties wish the motions to be heard as scheduled on September 29, 2010, they must deliver chambers copies of the above-listed documents to the Clerk's Office no later than noon on Thursday, September 16, 2010. If all the above-listed documents are not received by noon on September 16, 2010, the court will

continue the hearing date.  Alternatively, the parties may stipulate to a new hearing date any Wednesday after November 4, 2010.  In that case, the chambers copies must be submitted no later than three weeks before the new hearing date.

In addition, the parties are reminded that exhibits in any document (declaration, request for judicial notice) that includes exhibits must be tabbed.

**IT IS SO ORDERED.**

Dated: September 15, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge