WILLIAM MCGRANE [57761]
CHRISTOPHER D. SULLIVAN [148083]
TREPEL McGRANE, GREENFIELD LLP
150 California Street, Suite 2200
San Francisco, CA 94111
Telephone:   (415) 283-1776
Email:          wmcgrane@tmcglaw.com

Attorney for Defendant and Counterclaimant
SONICBLUE CLAIMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO-OAKLAND DIVISION)

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONIC BLUE CLAIMS, LLC, a Delaware limited liability company, FERRY CLAIMS, LLC, a California limited liability company, and FREEFALL CLAIMS I, LLC, a California limited liability company,<br><br>Defendants. | Case No:  09-cv-02109-PJH<br><br>SUBSTITUTION OF COUNSEL |
| And Related Counterclaim | |

Defendant and Counterclaimant SonicBlue Claims, LLC hereby substitutes the following as its attorneys of record in place of its former counsel, Jeffrey T. Makoff and Ellen Ruth Fenichel, each of Valle Makoff LLP:  William McGrane, Christopher D. Sullivan, Maureen A. Harrington, Stephanie Southwick Smith, and Gavin McGrane, each of Trepel McGrane Greenfield LLP.

| | | |
|---|---|---|
| 1 | DATED: October 1, 2010 | TREPEL McGRANE, GREENFIELD LLP |
| 2 | | |
| 3 | | By: /s/ William McGrane |
| 4 | | William McGrane<br>Attorneys for Defendant and<br>Counterclaimant SonicBlue Claims, LLC |
| 5 | We consent to the substitution. | |
| 6 | DATED: October 1, 2010 | VALLE MAKOFF LLP |
| 7 | | |
| 8 | | By: /s/ Jeffrey T. Makoff<br>Jeffrey T. Makoff |
| 9 | | |
| 10 | I consent to the substitution on behalf of SonicBlue Claims, LLC. | |
| 11 | DATED: October 1, 2010 | SONICBLUE CLAIMS, LLC |
| 12 | | |
| 13 | | By: /s/ Eugene McGrane<br>Eugene McGrane<br>Its Member |