UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIA TECHNOLOGIES INC.,

        Plaintiff(s),                      No. C 09-2109 PJH

    v.                                  **REVISED SCHEDULING ORDER**

SONICBLUE CLAIMS LLC, et al.,

        Defendant(s).
_____/

Before the court is a stipulation of the parties suggesting certain new pretrial dates. Because some of the dates do not comport with the court's scheduling practices, the court declines to sign the proposed order and instead enters this revised pretrial schedule:

    Jury Trial:    Monday September 12, 2011 at 8:30 a.m. for no more than 8 days.

    Pretrial Conference:    Thursday August 25, 2011, at 2:00 p.m.

    Last day to hear dispositive motions:  Wednesday May 11, 2010, at 9:00 a.m.  (As defendants were advised that only one motion for summary judgment is permitted for each party and each defendant elected to file early motions which have already been heard and are currently under submission by the court, the dispositive motions deadline applies only to plaintiff).

    Fact Discovery cutoff date:    March 28, 2011

    Expert Disclosure deadline:    January 28, 2011

    Expert Discovery cutoff date:    May 6, 2011

    Last day to amend pleadings by filing a motion or stipulation:    December 28, 2010

The deadlines for filing pretrial papers set forth in the court's initial case management and pretrial order filed on January 19, 2010 (docket no. 78) remains in effect.

**IT IS SO ORDERED.**

Dated: October 20, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge