DUANE M. GECK (State Bar No. 114823)
Email: dmg@severson.com
DONALD H. CRAM (State Bar No. 160004)
Email: dhc@severson.com
ELEANOR M. ROMAN (State Bar No. 178736)
Email: emr@severson.com
SEVERSON & WERSON, A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
FERRY CLAIMS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONICBLUE CLAIMS LLC, a Delaware limited liability company, FERRY CLAIMS, LLC, a California limited liability company, and FREEFALL CLAIMS I, LLC, a California limited liability company,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No.: 4:09-cv-02109-PJH<br><br>THIRD JOINT STIPULATION REGARDING DISCOVERY AND PRE-TRIAL SCHEDULE AND [~~PROPOSED~~] ORDER<br> AS MODIFIED BY THE COURT<br><br><br><br>Judge:  Hon. Phyllis J. Hamilton |

Plaintiff Via Technologies, Inc. ("VIA") and defendants, SonicBlue Claims LLC ("SBC"), Ferry Claims, LLC ("Ferry") and Freefall Claims I, LLC ("Freefall") hereby stipulate and agree by and through their attorneys of record as set forth below.

**STIPULATION**

WHEREAS, the January 19, 2010 Case Management and Pretrial Order [Docket No. 78] was vacated by the Court on September 29, 2010 at the hearing of VIA's motion to dismiss SBC's

1  second amended counterclaim and SBC's and Ferry's and Freefall's motions for summary

2  judgment.

3       WHEREAS, the July 15, 2010 Joint Stipulation and Motion Regarding Pretrial Schedule

4  and Order Regarding Pretrial Schedule ("July 15, 2010 Order") [Docket No. 119] was revised as set

5  forth in the Revised Scheduling Order entered October 20, 2010. [Docket No. 147.]

6       WHEREAS, the parties wish to defer conducting discovery until VIA has answered SBC's

7  Counterclaim or until SBC's Counterclaim has been dismissed without leave to amend, whichever

8  occurs first.

9       WHEREAS, this requires the discovery schedule contained in the Revised Scheduling

10  Order to be continued to allow sufficient time for the parties to conduct adequate discovery, which

11  in turn affects any pretrial schedule and trial date.

12       GOOD CAUSE existing therefore, the parties jointly request the Court to enter the

13  following as an order of the Court:

14       1.    The deadlines contained in the Revised Scheduling Order for disclosure of experts,

15  and for expert and non-expert discovery are continued as follows:

16            a.    NON-EXPERT DISCOVERY CUTOFF: continued from March 28, 2011

17       until June 28, 2011.

18            b.    DISCLOSURE OF EXPERTS (retained and non-retained) production of

19       expert reports: continued from January 28, 2011 until April 28, 2011.

20            c.    EXPERT DISCOVERY CUTOFF: continued from May 6, 2011 until

21       August 5, 2011.

22       2.    In addition to the deadlines set forth above in Section 1., the parties request that the

23  Court revise the Pre-Trial Schedule as follows:

24            a.    TRIAL DATE:        Jury trial, continued from Tuesday, September 12,
                                        January 23, 2012
25       2011 until ~~December 12, 2011~~ at 8:30 a.m.

26            b.    TRIAL LENGTH: No more than 8 days.

27            c.    PRETRIAL CONFERENCE DATE: Continued from Thursday, August 25,
                                        December 15, 2011
28       2011 until Thursday, ~~November 17, 2011~~ at 2:00 p.m.

- 2 -

d.      DISPOSITIVE MOTIONS TO BE HEARD BY: Continued from May 11,

2011 until August 11, 2011.

       (10)

e.      LAST DAY TO AMEND PLEADINGS: No later than 90 days before fact

discovery cutoff date a motion or stipulation must be filed.

3.      The deadlines for filing pretrial papers set forth in the court's initial case

management and pre-trial order filed on January 19, 2010 [Docket No. 78] remain in effect.


IT IS SO STIPULATED.


DATED: January 10, 2011                    MORRISON & FOERSTER


                                           By:_____/S/ Douglas L. Hendricks_____
                                                        Douglas L. Hendricks

                                           Attorneys for Plaintiff
                                           VIA TECHNOLOGIES, INC.

DATED: January 10, 2011                    TREPEL McGRANE GREENFIELD LLP




                                           By:_____/S/ William McGrane_____
                                                        William McGrane

                                           Attorneys for Defendant
                                           SONICBLUE CLAIMS  LLC


DATED: January 10, 2011                    LAW OFFICES OF ROBERT E. WHITE




                                           By:_____/S/ Robert E. White _____
                                                        Robert E. White

                                           Attorneys for Defendant
                                           FREEFALL CLAIMS I, LLC


- 3 -

1     I, Eleanor M. Roman, am the ECF used whose ID and password are being used to file this

2   THIRD JOINT STIPULATION REGARDING DISCOVERY AND PRE-TRIAL SCHEDULE

3   AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that

4   Douglas L. Hendricks, William McGrane and Robert E. White have concurred in this filing.

5

6   DATED:  January 10, 2011             SEVERSON & WERSON,
                                     A Professional Corporation

7

8

9                               By:_____/S/ Eleanor M. Roman_____
                                    Eleanor M. Roman

10                         Attorneys for Defendant
                         FERRY CLAIMS, LLC

11

12                          **ORDER**

13

14   PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,

15   IT IS SO ORDERED.

16   DATED: __January 12_____, 2011

17                        The Hon. Phyllis J. Hamilton
                        United States District Court Judge

18                         IT IS SO ORDERED
                         Judge Phyllis J. Hamilton

19

20

21

22

23

24

25

26

27

28

- 4 -

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Severson & Werson, One Embarcadero Center, Suite 2600, San Francisco, CA 94111.

On the date below I served a copy of the following document(s):

**THIRD JOINT STIPULATION REGARDING DISCOVERY AND PRE-TRIAL SCHEDULE AND [PROPOSED] ORDER**

on all interested parties in said case addressed as follows:

☒ (BY ELECTRONIC SERVICE) Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record listed below who are registered with the Court's EC/ECF system:

| | |
|---|---|
| Douglas L. Hendricks, Esq.<br>Adam Aiken Lewis, Esq.<br>MORRISON & FOERSTER, LLP<br>425 Market Street<br>San Francisco, CA 94105<br><br>dhendricks@mofo.com<br>alewis@mofo.com | Attorneys for Plaintiff,<br>**Via Technologies, Inc.**<br><br>Tel: (415) 268-7037<br>Fax: (415) 268-7522 |
| Brian L. Levine, Esq.<br>MORRISON & FOERSTER, LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br><br>BLevine@mofo.com | Tel: (650) 813-5678<br>Fax: (650) 494-0792 |
| William McGrane, Esq.<br>Christopher D. Sullivan, Esq.<br>William J. Walraven, Esq.<br>Maureen A. Harrington, Esq.<br>TREPEL McGRANE GREENFIELD LLP<br>150 California Street, Suite 2200<br>San Francisco, CA 94111<br><br>wmcgrane@mcgranegreenfield.com<br>csullivan@mcgranegreenfield.com<br>wwalraven@tmcglaw.com<br>mharrington@mcgranegreenfield.com | Attorneys for Defendant:<br>**SonicBlue Claims LLC**<br><br>Tel: (415) 283-1776<br>Fax: (415) 283-1777 |

12002/0001/876162.1

1

| | |
|---|---|
| Robert E. White, Esq.<br>LAW OFFICES OF ROBERT E. WHITE<br>177 Post Street, Suite 890<br>San Francisco, CA  94104<br><br>rew@rwhitesf.com | Attorneys for Defendant,<br>**Freefall Claims I, LLC**<br><br>Tel:  (415) 788-6151 |

⌧ **(BY MAIL)**  By placing the envelope for collection and mailing following our ordinary business practices.  I am readily familiar with the firm's practice of collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California in sealed envelopes with postage fully prepaid:

| | |
|---|---|
| Gavin H. McGrane, Esq,<br>Stephanie S. Smith, Esq.<br>TREPEL McGRANE GREENFIELD LLP<br>150 California Street, Suite 2200<br>San Francisco, CA  94111 | Attorneys for Defendant:<br>**SonicBlue Claims LLC**<br><br>Tel:  (415) 283-1776 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  This declaration is executed in San Francisco, California, on January 10, 2011.

_____/S/ Marilyn Hechmer_____
Marilyn Hechmer

12002/0001/876162.1