1  ANTHONY J. TREPEL [032668]
   CHRISTOPHER D. SULLIVAN [148083]
2  MATTHEW R. SCHULTZ [220641]
   STEPHANIE SOUTHWICK SMITH [226631]
3  TREPEL McGRANE GREENFIELD LLP
   150 California Street, Suite 2200
4  San Francisco, CA 94111
   Telephone:   (415) 283-1776
5  Email:       atrepel@tmcglaw.com
                mschultz@tmcglaw.com
6               ssouthwick@tmcelaw.com

7  Attorney for Defendants SONICBLUE CLAIMS LLC,
   FERRY CLAIMS, LLC, and FREEFALL CLAIMS I, LLC
8

9                       UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                              (OAKLAND DIVISION)

12

13 VIA TECHNOLOGIES, INC., a Taiwan        Case No: 09-cv-02109-PJH
   corporation,
14
                Plaintiff,
15                                          FOURTH JOINT STIPULATION
       v.                                   REGARDING DISCOVERY AND
16                                          PRE-TRIAL SCHEDULE AND
   SONIC BLUE CLAIMS LLC, a Delaware        [~~PROPOSED~~] ORDER
17 limited liability company, FERRY CLAIMS, AS MODIFIED BY THE COURT
   LLC, a California limited liability company,
18 and FREEFALL CLAIMS I, LLC, a California
   limited liability company,
19
                Defendants.
20

21

22

23

24

---

1

Fourth Joint Stipulation Regarding Discovery and Pre-Trial Schedule and [Proposed] Order

Plaintiff Via Technologies, Inc. ("VIA") and defendants, SonicBlue Claims LLC ("SBC"), Ferry Claims, LLC ("Ferry") and Freefall Claims I, LLC ("Freefall") hereby stipulate and agree by and through their attorneys of record as set forth below.

## STIPULATION

WHEREAS, the January 19, 2010 Case Management and Pretrial Order [Docket No. 78] was vacated by the Court on September 29, 2010 at the hearing on VIA's motion to dismiss SBC's second amended counterclaim and SBC's and Ferry's and Freefall's motions for summary judgment.

WHEREAS, the July 15, 2010 Joint Stipulation and Motion Regarding Pretrial Schedule and Order Regarding Pretrial Schedule [Docket No. 119] was revised as set forth in the Revised Scheduling Order entered October 20, 2010 [Docket No. 147] and further revised as set forth in the Order (as modified by the Court) entered on January 12, 2011 ("January 12, 2011 Order") [Docket No. 151].

WHEREAS, on March 23, 2011, the Court granted VIA's motion to dismiss SBC's second amended counterclaim and denied SBC's motion for summary judgment and Ferry and Freefall's motion for summary judgment [Docket No. 153].

WHEREAS, under the current pretrial and trial schedule, the parties would have only three months to complete non-expert discovery;

WHEREAS, the parties wish to continue the dates set forth in the January 12, 2011 Order in order to allow for sufficient time for the parties to conduct adequate discovery, which in turn affects any pretrial schedule and trial date,

WHEREAS the parties have reached agreement as to the proposed continuance;

GOOD CAUSE existing therefore, the parties jointly request the Court to enter the following as an order of the Court:

1. The deadlines contained in the Revised Scheduling Order for disclosure of experts, and for expert and non-expert discovery are continued as follows:

   a. NON-EXPERT DISCOVERY CUTOFF:  continued from June 28, 2011 until November 7, 2011;

   b. DISCLOSURE OF EXPERTS (retained and non-retained) production of expert reports: continued from April 28, 2011 to September 12, 2011;

   c. EXPERT DISCOVERY CUTOFF:  continued from August 5, 2011 to December 20, 2011;

2. In addition to the deadlines set forth above in Section 1l, the parties request that the Court revise the Pre-Trial Schedule as follows:

   a. TRIAL DATE:  Jury trial, continued from January 23, 2012 at 8:30 a.m. to ~~Tuesday~~ Monday, June ~~5~~ 18, 2012 at 8:30 a.m.

   b. TRIAL LENGTH:  No more than 8 days.

   c. PRETRIAL CONFERENCE DATE:  Continued from Thursday, December 15, 2011 at 2:00 p.m. to Thursday, ~~April 26~~ May 17, 2012 at 2:00 p.m.

   d. DISPOSITIVE MOTIONS TO BE HEARD BY:  Continued from August 10, 2011 to December ~~14~~ 7, 2011.

   e. LAST DAY TO AMEND PLEADINGS:  No later than 90 days before fact discovery cutoff date a motion or stipulation must be filed.

3. The deadlines for filing pretrial papers set forth in the Court's initial case management and pre-trial order filed January 19, 2010 [Docket No. 78] remain in effect.

**IT IS SO STIPULATED**

DATED: APRIL 8, 2011                    TREPEL McGRANE, GREENFIELD LLP

                                        By:   /s/
                                            Matthew R. Schultz
                                            Attorneys for Defendants
                                            SonicBlue Claims LLC, Ferry Claims,
                                            LLC, and Freefall Claims I, LLC

DATED: APRIL 8, 2011                    MORRISON & FOERSTER

                                        By:   /s/
                                            Douglas L. Hendricks[1]
                                            Attorneys for Plaintiff
                                            VIA Technologies

DATED: APRIL 8, 2011                    TREPEL McGRANE, GREENFIELD LLP

                                        By:   /s/
                                            Matthew R. Schultz
                                            Attorneys for Defendants
                                            SonicBlue Claims LLC, Ferry Claims,
                                            LLC, and Freefall Claims I, LLC

**ORDER**

PURSUANT TO STIPULATION AND GOOD CAUSE APPEARING,

IT IS SO ORDERED.

DATED: April 11, 2011                   _____
                                        The Hon. Phyllis J. Hamilton
                                        United States District Court Judge

*IT IS SO ORDERED. Judge Phyllis J. Hamilton*

---

[1] I, Matthew R. Schultz, am the ECF user whose ID/Password are being used to file this FOURTH JOINT STIPULATION REGARDING DISCOVERY AND PRE-TRIAL SCHEDULE AND [PROPOSED] ORDER. In compliance with General Order 45 X.B., I hereby attest that Douglas L. Hendricks has concurred in this filing.