| | |
|---|---|
| 1 | ANTHONY J. TREPEL [032668] |
|   | MATTHEW R. SCHULTZ [220641] |
| 2 | STEPHANIE SOUTHWICK [226631] |
|   | TREPEL McGRANE GREENFIELD LLP |
| 3 | 150 California Street, Suite 2200 |
|   | San Francisco CA 94111 |
| 4 | Telephone:   (415) 283-1776 |
|   | Facsimile:    (415) 283-1777 |
| 5 | Email:          atrepel@tmcglaw.com |
|   |                     mschultz@tmcglaw.com |
| 6 |                     ssouthwick@tmcglaw.com |
| 7 | Attorneys for Defendant Freefall Claims I, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwan corporation, | Case No. 09-cv-02109-PJH |
| Plaintiff, | SUBSTITUTION OF COUNSEL |
| v. | AND ORDER |
| SONICBLUE CLAIMS LLC, a Delaware limited liability company, FERRY CLAIMS, LLC, a California limited liability company, and FREEFALL CLAIMS I, LLC, a California limited liability company, | |
| Defendants. | |

Substitution of Counsel for Freefall Claims I, LLC

1  Defendant Freefall Claims I, LLC hereby substitutes the following as its attorneys of record in place of its former counsel, Robert E. White of Law Offices of Robert E. White:

Anthony J. Trepel, Matthew R. Schultz, and Stephanie Southwick, each of Trepel McGrane Greenfield LLP.

DATED: March 31, 2011                TREPEL MCGRANE GREENFIELD LLP

                                     By:  /s/ *Matthew R. Schultz*
                                          Matthew R. Schultz
                                          Attorneys for Defendant Freefall Claims I, LLC

We consent to the substitution.

DATED: March 31, 2011                LAW OFFICES OF ROBERT E. WHITE

                                     By:  /s/ *Robert E. White*
                                          Robert E. White

I consent to the substitution on behalf of Freefall Claims I, LLC.

DATED: March 31, 2011                Freefall Claims I, LLC

                                     By:  /s/ *Suzie Marroquin*
                                          Suzie Marroquin
                                          Its Member

4/12/11

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]

1
Substitution of Counsel for Freefall Claims I, LLC