| | |
|---|---|
| 1 | ANTHONY J. TREPEL [032668] |
|   | MATTHEW R. SCHULTZ [220641] |
| 2 | STEPHANIE SOUTHWICK [226631] |
|   | TREPEL McGRANE GREENFIELD LLP |
| 3 | 150 California Street, Suite 2200 |
|   | San Francisco CA 94111 |
| 4 | Telephone:  (415) 283-1776 |
|   | Facsimile:   (415) 283-1777 |
| 5 | Email:        atrepel@tmcglaw.com |
|   |                    mschultz@tmcglaw.com |
| 6 |                    ssouthwick@tmcglaw.com |
| 7 | Attorneys for Defendant Ferry Claims, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwan corporation, | Case No. 09-cv-02109-PJH |
| Plaintiff, | SUBSTITUTION OF COUNSEL |
| v. | AND ORDER |
| SONICBLUE CLAIMS LLC, a Delaware limited liability company, FERRY CLAIMS, LLC, a California limited liability company, and FREEFALL CLAIMS I, LLC, a California limited liability company, | |
| Defendants. | |

1  Defendant Ferry Claims, LLC hereby substitutes the following as its attorneys of

2  record in place of its former counsel, Duane M. Geck, Donald Hogan Cram, III, and

3  Eleanor Morris Miller Roman, each of Severson & Werson:

4  Anthony J. Trepel, Matthew R. Schultz, and Stephanie Southwick, each of Trepel

5  McGrane Greenfield LLP.

6

DATED:  March 31, 2011                    TREPEL MCGRANE GREENFIELD LLP

7

8                                                              By:  /s/ *Matthew R. Schultz*
                                                                    Matthew R. Schultz
9                                                                    Attorneys for Defendant Freefall Claims I,
                                                                    LLC
10

We consent to the substitution.

11

DATED:  March 31, 2011                    SEVERSON & WERSON

12

13                                                             By:  */s/ Duane M. Geck*
                                                                    Duane M. Geck
14

15

I consent to the substitution on behalf of Ferry Claims, LLC.

16

DATED:  March 31, 2011                    Ferry Claims, LLC

17

18                                                             By:  */s/ Richard Stoll*
                                                                    Richard Stoll
19                                                                    Its Member

20

21                                        4/12/11

22  IT IS SO ORDERED
    Judge Phyllis J. Hamilton

23

24

1