1  JONATHAN R. BASS (State Bar No. 75779)
   COBLENTZ, PATCH, DUFFY & BASS LLP
2  One Ferry Building, Suite 200
   San Francisco, California  94111-4213
3  Telephone:  415.391.4800
   Facsimile:  415.989.1663
4  Email:   ef-jrb@cpdb.com

5  Attorneys for Defendant
   SONICBLUE CLAIMS, LLC

6

7

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                         **OAKLAND DIVISION**

11  VIA TECHNOLOGIES, INC., a Taiwan          Case No. 09-CV-02109-PJH
    corporation,
12                                            **NOTICE OF SUBSTITUTION OF**
                Plaintiff,                    **COUNSEL**  AND ORDER
13
           v.
14
    SONIC BLUE CLAIMS, LLC, a Delaware
15  limited liability company, FERRY CLAIMS,
    LLC, a California limited liability company,
16  and FREEFALL CLAIMS I, LLC, a California
    limited liability company,
17
                Defendants.
18

19  TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

20          PLEASE TAKE NOTICE that the Defendant SonicBlue Claims, Inc. hereby substitutes the

21  law firm of Coblentz, Patch, Duffy & Bass LLP as its attorneys of record in place of the law firm

22  of Trepel McGrane Greenfield LLP in this action.

23          Copies of all pleadings, papers, and notices should be henceforth served upon the

24  following individual:

25          Jonathan R. Bass, Esq.
            Coblentz, Patch, Duffy & Bass LLP
26          One Ferry Building, Suite 200
            San Francisco, CA 94111-4213
27          Telephone:  (415) 391-4800
            Facsimile:   (415) 989-1663
28

COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200, San Francisco, California  94111-4213
415.391.4800 • Fax 415.989.1663

**COBLENTZ, PATCH, DUFFY & BASS LLP**
ONE FERRY BUILDING, SUITE 200 SAN FRANCISCO, CALIFORNIA 94111-4213
415.391.4800 • FAX 415.989.1663

1    Email: ef-jrb@cpdb.com

2    DATED: April 22, 2011          COBLENTZ, PATCH, DUFFY & BASS LLP

3

4                                   By:   /s/ Jonathan R. Bass

5                                         Jonathan R. Bass
                                          Attorneys for Defendant
6                                         SONICBLUE CLAIMS, LLC

7    I consent to the above substitution of counsel.

8    DATED: April 22, 2011          TREPEL McGRANE GREENFIELD LLP

9

10                                  By:   /s/ Matthew R. Schultz

11                                        Matthew R. Schultz
                                          Former Attorneys for Defendant
12                                        SONICBLUE CLAIMS, LLC

13   I consent to the above substitution of counsel.

14   DATED: April 22, 2011          SONICBLUE CLAIMS, LLC

15

16                                  By:   /s/ Eugene McGrane

17                                        Eugene McGrane
                                          Its Manager

18

19

20   IT IS SO ORDERED                     4/26/11

21   [Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

22   Judge Phyllis J. Hamilton

23

24

25

26

27

28

**NOTICE OF SUBSTITUTION OF COUNSEL**