JONATHAN R. BASS [075779]
COBLENTZ PATCH DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, CA 94111
Telephone: (415) 391-4800
Email: jrb@cpdb.com

Attorneys for Defendant SonicBlue Claims, LLC

ANTHONY J. TREPEL [032668]
CHRISTOPHER D. SULLIVAN [148083]
MATTHEW R. SCHULTZ [220641]
TREPEL McGRANE GREENFIELD LLP
150 California Street, Suite 2200
San Francisco CA 94111
Telephone: (415) 283-1776
Email: atrepel@tmcglaw.com
       csullivan@tmcglaw.com
       mschultz@tmcglaw.com

Attorneys for Defendants Ferry Claims, LLC and Freefall Claims I, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SONICBLUE CLAIMS, LLC, a Delaware limited liability company; FERRY CLAIMS, LLC, a California limited liability company; and FREEFALL CLAIMS I, LLC, a California limited liability company<br><br>Defendants. | Case No.09-cv-02109-PJH<br><br>PLAINTIFF AND DEFENDANTS' JOINT STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER AMENDING THE COURT'S MARCH 23, 2011 ORDER TO REFLECT THE COURT'S JUNE 17, 2011 ORDER GRANTING DEFENDANTS' MOTION FOR CERTIFICATION PURSUANT TO 28 U.S.C. § 1292(b) |

WHEREAS, in an order filed June 17, 2011 (Docket No. 167), the Court granted Defendants' joint motion for an order certifying for interlocutory review of the Court's order dated March 23, 2011 (Docket No. 153);

WHEREAS, Rule 5 of the Federal Rules of Appellate Procedure provides that where certification is obtained after an order has been issued, "the district court may amend its order, either on its own or in response to a party's motion, to include the required permission or statement" (Fed. R. App. P. 5(a)(3);[1]

WHEREAS, in the interest of judicial economy, Plaintiff and Defendants have agreed to stipulate to the [Proposed] Order set forth below to reflect this certification;

WHEREAS, in the interest of judicial economy, Plaintiff and Defendants have agreed that the 10-day period within which to apply to the Ninth Circuit for permission to appeal under 28 U.S.C. section 1292(b) will run from the date of the Court's June 17, 2011 Order, rather than the date the Court were to adopt the [Proposed] Order set forth below;

WHEREAS, Plaintiff and Defendants have agreed that nothing in this stipulation shall operate as a waiver of any kind by Plaintiff as to any arguments Plaintiff may have against the suitability for interlocutory appeal of the March 23, 2011 Order or on the merits of any such appeal;

---

[1] *See also* 19 JAMES WM. MOORE ET AL., MOORE'S FEDERAL PRACTICE, ¶ 203.32 (Matthew Bender 2011) ("On occasion a district court may grant a request to certify an order after it has issued its order on the merits in the action. In this situation it appears that the court must issue an amended order that includes the certification rather than merely issuing a supplemental order adding only the certification.").

1    Plaintiff VIA Technologies, Inc. and Defendants SonicBlue Claims, LLC,
2  Ferry Claims, LLC, and Freefall Claims I, LLC hereby agree and stipulate to the
3  below [Proposed] Order Amending the Court's March 23, 2011 Order.
4
5  DATED: June 22, 2011          TREPEL MCGRANE GREENFIELD LLP

6                                 By:  /s/ *Matthew R. Schultz*
7                                      Matthew R. Schultz
                                       ATTORNEYS FOR DEFENDANTS
8                                      FERRY CLAIMS, LLC AND
                                       FREEFALL CLAIMS I, LLC
9

10 DATED: June 22, 2011          COBLENTZ PATCH DUFFY & BASS LLP
11
12                                By:  /s/*Jonathan R. Bass*
                                       Jonathan R. Bass
13                                     ATTORNEYS FOR DEFENDANT
                                       SONIC BLUE CLAIMS, LLC
14

15
   DATED: June 22, 2011          MORRISON & FOERSTER LLP
16
17                                By:  /s/ *Douglas L. Hendricks*
18                                     Douglas L. Hendricks
                                       ATTORNEYS FOR PLAINTIFF VIA
19                                     TECHNOLOGIES, INC.
20
21
22
23
24

## [~~PROPOSED~~] ORDER

In light of the Court's Order Granting Request For Certification Of Order For Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) dated June 17, 2011 and the parties' joint stipulation to this [Proposed] Order, the Court hereby ORDERS that the Court's Order dated March 23, 2011 (Docket No. 153) shall be AMENDED at page 36, line 17, to include the text (including footnote) from the Court's Order dated June 17, 2011 at page 3, lines 01 – 10.

**IT IS SO ORDERED.**
Dated:  June 24, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*