ANTHONY J. TREPEL [032668]
CHRISTOPHER D. SULLIVAN [148083]
MATTHEW R. SCHULTZ [220641]
TREPEL GREENFIELD SULLIVAN & DRAA LLP
150 California Street, Suite 2200
San Francisco CA 94111
Telephone:   (415) 283-1776
Facsimile:   (415) 283-1777
Email:       atrepel@tgsdlaw.com
             csullivan@tgsdlaw.com
             mschultz@tgsdlaw.com

Attorneys for Defendant Ferry Claims, LLC and Freefall Claims I, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>SONICBLUE CLAIMS LLC, a Delaware limited liability company, FERRY CLAIMS, LLC, a California limited liability company, and FREEFALL CLAIMS I, LLC, a California limited liability company,<br><br>    Defendants. | Case No. 09-cv-02109-PJH<br><br>NOTICE OF STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING SUBSTITUTION OF COUNSEL OF DEFENDANTS FERRY CLAIMS, LLC AND FREEFALL CLAIMS I, LLC |

TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants Ferry Claims, LLC and Freefall Claims I, LLC hereby stipulate to the substitution of Jonathan Bass of the law firm of Coblentz, Patch, Duffy & Bass LLP as their attorney of record in place of the law firm of Trepel Greenfield Sullivan & Draa and its attorneys Anthony J. Trepel, Christopher D. Sullivan, Matthew R. Schultz, and Stephanie Southwick, each of Trepel Greenfield Sullivan & Draa LLP.

Copies of the pleadings, papers, and notices should be henceforth served on the following individual:

> Jonathan Bass
> Coblentz, Patch, Duffy & Bass LLP
> One Ferry Building, Suite 200
> San Francisco, CA 94111-4213
> Telephone: (415) 391-4800
> Facsimile: (415) 989-1663
> Email: ef-jrb@cpdb.com

DATED: August 10, 2011          COBLENTZ, PATCH, DUFFY & BASS LLP

                                By: _____
                                Jonathan R. Bass
                                Attorneys for Defendant FERRY CLAIMS, LLC, FREEFALL CLAIMS I, LLC and SONICBLUE CLAIMS, LLC

We consent to the substitution.

DATED: August 10, 2011          TREPEL GREENFIELD SULLIVAN & DRAA LLP

                                By: _____
                                Matthew R. Schultz

///

///

I consent to the substitution on behalf of Ferry Claims, LLC.

DATED: August 10, 2011              Ferry Claims, LLC

                                    By: /s/ Richard Stoll
                                        Richard Stoll
                                        Its Manager


I consent to the substitution on behalf of Freefall Claims I, LLC.

DATED: August 10, 2011              Freefall Claims I, LLC

                                    By: /s/ Susan Marroquin
                                        Susan Marroquin
                                        Its Manager


PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 11, 2011

                                    By: _____
                                        Judge Phyllis J. Hamilton

*IT IS SO ORDERED — Judge Phyllis J. Hamilton, United States District Court, Northern District of California*