JONATHAN R. BASS (State Bar No. 75779)
BRIAN J. SCHMIDT (State Bar No. 265937)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email: ef-jrb@cpdb.com
       ef-bjs@cpdb.com

Attorneys for Defendants SONICBLUE
CLAIMS, LLC, FERRY CLAIMS, LLC, and
FREEFALL CLAIMS I, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES INC., a Taiwan corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SONICBLUE CLAIMS, LLC, a Delaware limited liability company; FERRY CLAIMS, LLC, a California limited liability company; and FREEFALL CLAIMS I, LLC, a California limited liability company,<br><br>　　　　Defendants. | Case No. 09-cv-02109 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR LEAVE TO FILE THIRD-PARTY COMPLAINT**<br><br>Date:　December 14, 2011<br>Time:　9:00 a.m.<br>Place:　Courtroom 3 (Judge Hamilton)<br>　　　　1301 Clay Street<br>　　　　Oakland, CA<br><br>Trial Date:　January 21, 2013 |

## STIPULATION

The undersigned parties stipulate as follows:

1. The December 14, 2011 hearing on the motion of defendant SonicBlue Claims, LLC ("SBC") for leave to file a third-party complaint is vacated, and briefing on the motion is suspended;

2. SBC may re-notice its motion for hearing on any Wednesday in January or February, 2012; except for January 4 or 11, 2012.

3. No party shall argue that the period of time between December 14, 2011 and the re-noticed hearing date renders the motion untimely or has caused any party to suffer prejudice; and

4. The briefing schedule on any re-noticed motion shall proceed as if the re-notice were a newly filed motion.

DATED: November 15, 2011         COBLENTZ, PATCH, DUFFY & BASS LLP

I, Jonathan R. Bass, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order. Pursuant to General Order 45, I hereby attest that Daniel A. Zlatnik has concurred in this filing.

By: */s/ Jonathan R. Bass*
Jonathan R. Bass
Attorneys for Defendants SONICBLUE CLAIMS, LLC, FERRY CLAIMS, LLC, and FREEFALL CLAIMS I, LLC

DATED: November 15, 2011         MORRISON & FOERSTER LLP

By: */s/ Daniel A. Zlatnik*
Daniel A. Zlatnik
Attorneys for Plaintiff VIA TECHNOLOGIES, INC.

### [~~PROPOSED~~] ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: __November 16__, 2011

PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*