1  DOUGLAS L. HENDRICKS (CA SBN 83611)
   DHendricks@mofo.com
2  ADAM A. LEWIS (CA SBN 88736)
   ALewis@mofo.com
3  BRIAN L. LEVINE (CA SBN 246726)
   BLevine@mofo.com
4  DANIEL A. ZLATNIK (CA SBN 259690)
   DZlatnik@mofo.com
5  MORRISON & FOERSTER LLP
   425 Market Street
6  San Francisco, California 94105-2482
   Telephone: 415.268.7000
7  Facsimile: 415.268.7522

8  Attorneys for Plaintiff
   VIA TECHNOLOGIES, INC.
9
   JONATHAN R. BASS (CA SBN 75779)
10 ef-jrb@cpdb.com
   BRIAN J. SCHMIDT (CA SBN 265937)
11 ef-bjs@cpdb.com
   COBLENTZ, PATCH, DUFFY & BASS LLP
12 One Ferry Building, Suite 200
   San Francisco, California 94111-4213
13 Telephone: 415.391.4800
   Facsimile: 415.989.1663
14
   Attorneys for Defendants SONICBLUE CLAIMS, LLC,
15 FERRY CLAIMS, LLC, and FREEFALL CLAIMS I, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SONICBLUE CLAIMS LLC, a Delaware limited liability company, FERRY CLAIMS, LLC, a California limited liability company, and FREEFALL CLAIMS I, LLC, a California limited liability company,<br><br>　　　　　　Defendants. | Case No.　　4:09-cv-02109-PJH<br><br>**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

1

1  WHEREAS the plaintiff, VIA TECHNOLOGIES, INC. ("VIA"), by and through its counsel of record, and the defendants, SONICBLUE CLAIMS LLC ("SBC"), FERRY CLAIMS, LLC ("Ferry"), and FREEFALL CLAIMS I, LLC ("Freefall"), have settled all of their claims against each other.; and

WHEREAS, one of the terms of the settlement is that parties stipulate to a dismissal of their respective claims herein by and through their counsel of record; and;

WHEREAS the parties recognize that the purpose of this Request is to dismiss this entire action with prejudice.

Therefore, the undersigned parties, through their undersigned counsel of record, hereby jointly request that the Court enter an order:

1. Dismissing with prejudice all claims in this action by VIA against SBC, Ferry, and Freefall;

2. Dismissing with prejudice all counterclaims in this action by SBC against VIA.

DATED: December 1, 2011        COBLENTZ, PATCH, DUFFY & BASS LLP
                               By: /s/  *Brian J. Schmidt*
                                   Brian J. Schmidt
                                   Attorneys for Defendants
                                   SonicBlue Claims LLC, Ferry Claims,
                                   LLC, and Freefall Claims I, LLC

DATED: December 1, 2011        MORRISON & FOERSTER
                               By: /s/  *Daniel A. Zlatnik*
                                   Daniel A. Zlatnik[1]
                                   Attorneys for Plaintiff
                                   VIA Technologies

---

[1] I, Daniel A. Zlatnik, am the ECF user whose ID and Password are being used to file this FIFTH JOINT STIPULATION REGARDING DISCOVERY AND PRE-TRIAL SCHEDULE AND [PROPOSED] ORDER.  In compliance with General Order 45 X.B., I hereby attest that Brian J. Schmidt has concurred in this filing.

**[PROPOSED] ORDER**

PURSUANT TO THE PARTIES' JOINT REQUEST AND GOOD CAUSE APPEARING,

IT IS SO ORDERED; AND

EACH OF THE PARTIES' CLAIMS HEREIN IS DIMSSED WITH PREJUDICE.

DATED: December 2, 2011

_____
The Hon. Phyllis J. Hamilton
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*