DOUGLAS L. HENDRICKS (CA SBN 83611)
DHendricks@mofo.com
ADAM A. LEWIS (CA SBN 88736)
ALewis@mofo.com
BRIAN L. LEVINE (CA SBN 246726)
BLevine@mofo.com
DANIEL A. ZLATNIK (CA SBN 259690)
DZlatnik@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Plaintiff
VIA TECHNOLOGIES, INC.

JONATHAN R. BASS (CA SBN 75779)
ef-jrb@cpdb.com
BRIAN J. SCHMIDT (CA SBN 265937)
ef-bjs@cpdb.com
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663

Attorneys for Defendants SONICBLUE CLAIMS, LLC,
FERRY CLAIMS, LLC, and FREEFALL CLAIMS I, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| VIA TECHNOLOGIES, INC., a Taiwan corporation,<br><br>Plaintiff,<br><br>v.<br><br>SONICBLUE CLAIMS LLC, a Delaware limited liability company, FERRY CLAIMS, LLC, a California limited liability company, and FREEFALL CLAIMS I, LLC, a California limited liability company,<br><br>Defendants. | Case No.   4:09-cv-02109-PJH<br><br>**JOINT REQUEST FOR DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER** |

1

WHEREAS the plaintiff, VIA TECHNOLOGIES, INC. ("VIA"), by and through its counsel of record, and the defendants, SONICBLUE CLAIMS LLC ("SBC"), FERRY CLAIMS, LLC ("Ferry"), and FREEFALL CLAIMS I, LLC ("Freefall"), have settled all of their claims against each other.; and

WHEREAS, one of the terms of the settlement is that parties stipulate to a dismissal of their respective claims herein by and through their counsel of record; and;

WHEREAS the parties recognize that the purpose of this Request is to dismiss this entire action with prejudice.

Therefore, the undersigned parties, through their undersigned counsel of record, hereby jointly request that the Court enter an order:

1. Dismissing with prejudice all claims in this action by VIA against SBC, Ferry, and Freefall;

2. Dismissing with prejudice all counterclaims in this action by SBC against VIA.

DATED: December 1, 2011            COBLENTZ, PATCH, DUFFY & BASS LLP
                                   By: /s/ *Brian J. Schmidt*
                                       Brian J. Schmidt
                                       Attorneys for Defendants
                                       SonicBlue Claims LLC, Ferry Claims,
                                       LLC, and Freefall Claims I, LLC

DATED: December 1, 2011            MORRISON & FOERSTER
                                   By: /s/ *Daniel A. Zlatnik*
                                       Daniel A. Zlatnik[1]
                                       Attorneys for Plaintiff
                                       VIA Technologies

---

[1] I, Daniel A. Zlatnik, am the ECF user whose ID and Password are being used to file this FIFTH JOINT STIPULATION REGARDING DISCOVERY AND PRE-TRIAL SCHEDULE AND [PROPOSED] ORDER. In compliance with General Order 45 X.B., I hereby attest that Brian J. Schmidt has concurred in this filing.

1
2                              **[PROPOSED] ORDER**
3        PURSUANT TO THE PARTIES' JOINT REQUEST AND GOOD CAUSE
4    APPEARING,
5    IT IS SO ORDERED; AND
6    EACH OF THE PARTIES' CLAIMS HEREIN IS DIMSSED WITH PREJUDICE.
7    DATED: _December 2_____, 2011            _____
8                                                 The Hon. Phyllis J. Hamilton
                                                  United States District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*